# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# emoji

Reg. No. 4,868,832
Registered Dec. 15, 2015
Int. Cls.: 3, 16, 17, 18, 21, 22, 25, 26, 27, 29, 30 and 32

**TRADEMARK**
**PRINCIPAL REGISTER**



Michelle K. Lee
Director of the United States
Patent and Trademark Office

MARCO HÜSGES (FED REP GERMANY INDIVIDUAL)
ESCHENWEG 1 A
40667 MEERBUSCH
FED REP GERMANY

FOR: NON-MEDICATED TOILETRIES; SHAMPOOS FOR PETS; SHAMPOOS; SOAPS; SHOE POLISH; LAUNDRY PREPARATIONS, NAMELY, LAUNDRY BLEACH, LAUNDRY SOAP, LAUNDRY DETERGENT; BEAUTY MASKS; MAKE-UP; OILS FOR TOILET PURPOSES, NAMELY, BABY OIL, BATH OILS, BODY OILS; MAKE-UP PREPARATIONS; POWDER FOR MAKE-UP; OILS FOR PERFUMES AND SCENTS; PERFUMERY; PERFUMES; LIP-STICKS; FALSE NAILS; FALSE EYELASHES; DRY SHAMPOOS; COSMETICS; COSMETIC PENCILS; COSMETICS, NAMELY, SKIN CREAMS; COSMETICS, NAMELY NON-MEDICATED SKIN-CARE PREPARATIONS; HENNA, NAMELY, COSMETIC DYE; HAIRSPRAY; SHAMPOO; HAIR LOTIONS; DEPILATORY PREPARATIONS; DEPILATORY WAX; SCALE REMOVING PREPARATIONS FOR HOUSEHOLD PURPOSES; SCENTED LINEN WATER; JAVELLE WATER, NAMELY, LIQUID SOAPS; DEODORANTS FOR HUMAN BEINGS AND FOR ANIMALS; BATH SALTS, NOT FOR MEDICAL PURPOSES; COSMETIC PREPARATIONS FOR BATHS; TOILETRIES, NAMELY, ANTIPERSPIRANTS; EYEBROW PENCILS; EYEBROW COSMETICS; BREATH FRESHENING STRIPS; BREATH FRESHENING SPRAYS; ESSENTIAL OILS; DECORATIVE TRANSFERS FOR COSMETIC PURPOSES; AFTERSHAVE; CLEANING PREPARATIONS; DENTIFRICES; TEETH WHITENING GELS; POLISHING WAX; SHOE WAX, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: FOLDERS FOR PAPERS; DOCUMENT FILES; PHOTO, STICKER, COIN ALBUMS; STICKERS; PAPER MATS FOR BEER GLASSES; ERASING PRODUCTS, NAMELY, BLACKBOARD ERASERS, ERASERS, RUBBER ERASERS; POSTAGE STAMPS; WRITING PAPER; SEALING STAMPS; INKING PADS; MARKER PENS; NOTE BOOKS; STENCILS; OFFICE REQUISITES, NAMELY, CARD, DOCUMENT, LETTER FILES; TOWELS OF PAPER; STATIONERY, NAMELY, LEGAL, MEMO, WRITING PADS; GREETINGS CARDS; POSTCARDS; HANDKERCHIEFS OF PAPER; TOILET PAPER; TABLE COVERS OF PAPER; CONICAL PAPER BAGS; PEN CASES; STATIONERY DOCUMENT PORTFOLIOS; BAGS, ENVELOPES AND POUCHES OF PAPER OR PLASTICS, FOR PACKAGING; PASSPORT COVERS; BOOKBINDING MATERIAL; BOOKS IN THE FIELD OF COLORING BOOKS, ACTIVITY BOOKS, LEARNING BOOKS; BOOKBINDINGS; RUBBER ERASERS; DRAFTING INSTRUMENTS, NAMELY, ERASING SHIELDS; NEWSPAPERS; GRAPHIC PRINTS; DRAWING PADS; WRAPPING PAPER; TABLE NAPKINS OF PAPER; STATIONERY, NAMELY, PAPER, PLASTIC TRANSPARENCIES; PACKAGING MATERIAL OF CARD-

**Reg. No. 4,868,832** BOARD, NAMELY, CARDBOARD BOXES, CARDBOARD CONTAINERS, CARDBOARD MAILING TUBES; SELF-ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES; WRITING IMPLEMENTS; WRITING AND DRAWING BOOKS, NAMELY, BLANK WRITING JOURNALS, WRITING PADS, DRAWING PADS; WRITING CASES, NAMELY, STATIONERY CASES; WRITING MATERIALS, NAMELY, WRITING IMPLEMENTS, WRITING PAPER, WRITING INSTRUMENTS; SIGNBOARDS OF PAPER OR CARDBOARD; SHIELDS, NAMELY, PAPER SEALS; MUSICAL GREETINGS CARDS; LUMINOUS PAPER; BIBS OF PAPER; CALENDARS; STATIONERY ENVELOPES; BLANK HANDBOOKS FOR USE AS JOURNALS; ELASTIC BANDS FOR OFFICES; GUMMED TAPE FOR STATIONERY USE; GRAPHIC REPRESENTATIONS; GRAPHIC ART REPRODUCTIONS; OFFICE REQUISITES, NAMELY, CORRECTING FLUIDS FOR TYPE; PLASTIC FILM FOR WRAPPING; FORMS, PRINTED; PRINTS, NAMELY, PHOTOGRAPHS; PICTURES, NAMELY, PAINTINGS, FRAMED OR UNFRAMED; FIGURINES, NAMELY, STATUETTES OF PAPIER MÂCHÉ; BOTTLE WRAPPERS OF CARDBOARD OR PAPER; FILTER PAPER; CHROMOLITHOGRAPHS, NAMELY, CHROMOS; FLAGS OF PAPER; STATIONERY, NAMELY, BOOK, DOCUMENT COVERS; PRINTED MATTER, NAMELY, PRINTED AWARDS, PRINTED ART REPRODUCTIONS, PRINTED CHARTS; COMICS; OFFICE REQUISITES, NAMELY, CABINETS FOR STATIONERY IN THE NATURE OF DESKTOP STATIONERY CABINETS, DESK MOUNTED STATIONERY CABINETS; BANKNOTE CLIPS, NAMELY, MONEY CLIPS; ADDRESS STAMPS; TRACING PAPER; DRAWER LINERS OF PAPER, PERFUMED OR NOT; STATIONERY STICKERS; WRITING TABLETS; NOTEPADS; STATIONERY SCHOOL SUPPLIES, NAMELY, PAPER, CONSTRUCTION PAPER, NOTEBOOKS; PRINTED TICKETS; CARDBOARD; COLOURBOARD, NAMELY, COLOURED PAPERBOARD, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RINGS OF RUBBER FOR USE AS PIPE CONNECTION SEALS; RUBBER, RAW OR SEMI-WORKED; RUBBER DOOR STOPS; BAGS, ENVELOPES AND POUCHES OF RUBBER, FOR PACKAGING; PLASTICS, SEMI-PROCESSED; SELF-ADHESIVE TAPES, OTHER THAN FOR MEDICAL PURPOSES, FOR STATIONERY OR FOR HOUSEHOLD PURPOSES, NAMELY, SELF ADHESIVE TAPE FOR INDUSTRIAL AND COMMERCIAL USE, DUCT TAPE, DRYWALL JOINT TAPE, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FOR: POCKET WALLETS; BAGS, NAMELY, ENVELOPES AND POUCHES OF LEATHER, FOR PACKAGING; SPORTS BAGS; PARASOLS; RUCKSACKS; TRUNKS; COLLARS FOR ANIMALS; PURSES; IMITATION LEATHER; CREDIT CARD CASES, NAMELY, WALLETS; SADDLE CLOTHS FOR HORSES; CARD CASES, NAMELY, WALLETS; SUITCASES; HANDBAGS; NET BAGS FOR SHOPPING, NAMELY, MESH SHOPPING BAGS; SHOPPING BAGS, NAMELY, REUSABLE SHOPPING BAGS, TEXTILE SHOPPING BAGS, WHEELED SHOPPING BAGS; SCHOOL BAGS; SCHOOL SATCHELS; ATHLETIC BAGS, DUFFLE BAGS, TRAVEL BAGS; KEY CASES; SHOULDER BELTS, NAMELY, STRAPS OF LEATHER; SHOULDER, LEATHER STRAPS FOR SKATES; BOXES OF LEATHER OR LEATHER BOARD; SLINGS FOR CARRYING INFANTS; SLING BAGS FOR CARRYING BABIES; BEACH BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHES PEGS; FABRIC CLEANSING WIPES, NAMELY, FABRIC CLEAN ROOM WIPES; LUNCH BOXES; POWDER COMPACTS; PAPER PLATES; COOL BAGS, NAMELY, INSULATED BAGS FOR FOOD OR BEVERAGE FOR DOMESTIC USE, THERMAL INSULATED BAGS FOR FOOD OR BEVERAGES; CUPS OF PAPER OR PLASTIC; SAUCERS; FLASKS; BISCUIT TINS; COMBS; PERFUME VAPORIZERS SOLD EMPTY; TOOTHBRUSHES; TOOTHPICKS; TOOTHBRUSHES, ELECTRIC; CONTAINERS OF GLASS FOR HOUSEHOLD USE; GLASS BOWLS; GLASS RECEPTACLES, NAMELY, GLASS BASINS, DRINKING GLASSES, GLASS DISHES; PAINTED GLASSWARE, NAMELY, PAINTED BEVERAGE GLASSWARE, PAINTED GLASS DISHES; KITCHEN UTENSILS, NAMELY, PUDDING, COOKIE, CAKE MOULDS; ICE CUBE MOULDS; BOTTLES, SOLD EMPTY; DISPOSABLE TABLE PLATES; BUCKETS; BREAD BINS; BREAD BASKETS, DOMESTIC; BREAD BOARDS; FRYING PANS; MUGS; DRINKING GLASSES; DRINKING STRAWS; DRINKING BOTTLES FOR SPORTS; DRINKING VESSELS; NON-ELECTRIC PORTABLE COOLBOXES, NAMELY, NON-ELECTRIC PORTABLE COOLERS; POT LIDS; POTS; TOILET

Reg. No. 4,868,832 SPONGES; TOILET ROLL HOLDERS; SALT AND PEPPER SHAKERS; CAKE MOULDS; TOWEL HOLDERS, NAMELY, COUNTERTOP HOLDERS FOR PAPER TOWELS, TOWEL BARS, TOWEL RINGS, TOWEL RAILS; TOILET UTENSILS, NAMELY, TOILET BRUSHES, TOILET PAPER DISPENSERS, TOILET BRUSH HOLDERS; PLATES; TABLEWARE, NAMELY, PLATES, BOWLS, DISHES, COFFEE SERVICES; TRAYS FOR HOUSEHOLD PURPOSES; BOWLS, NAMELY, BASINS; BISCUIT CUTTERS; KITCHEN AND HOUSEHOLD RECEPTACLES, NAMELY, BOWLS, CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; SPONGES FOR HOUSEHOLD PURPOSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: BAGS, NAMELY, ENVELOPES AND POUCHES OF TEXTILE, FOR PACKAGING; HAMMOCKS; STRAW FOR STUFFING UPHOLSTERY; ROPES; SAILS FOR SKI SAILING; HARNESS, NOT OF METAL, FOR HANDLING LOADS, NAMELY, NON-METAL SLINGS FOR LOADING, NYLON STRAPS FOR HANDLING LOADS, BELTS, NOT OF METAL, FOR HANDLING LOADS; SAILS; MAIL BAGS; AWNINGS, TARPAULINS; COMMERCIAL, CAMOUFLAGE, FISHING NETS; OUTDOOR BLINDS OF TEXTILE, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FOR: TROUSERS, NAMELY, LEGGINGS; UNDERCLOTHING; UNDERWEAR; T-SHIRTS; SKI GLOVES; SOCKS; SCARVES; LEATHER CLOTHING, NAMELY, LEATHER PANTS, LEATHER SKIRTS, LEATHER JACKETS; BIBS, NOT OF PAPER; PAPER HATS FOR USE AS CLOTHING ITEMS; HEADGEAR, NAMELY, CAPS; OVERALLS; MORNING ROBES; CLOTHING, NAMELY, EAR MUFFS; TIES; CRAVATS; HEADGEAR, NAMELY, HATS, CAPS, BERETS; CLOTHING, NAMELY, JERSEYS; JACKETS; HATS; KNITWEAR CLOTHING, NAMELY, KNIT BOTTOMS, KNIT TOPS, KNIT JACKETS; APRONS; CLOTHING APRONS; CLOTHING HOODS; BRACES; SHIRTS; UNDERGARMENTS, NAMELY, SLIPS; CLOTHING GLOVES; GYMNASTIC CLOTHING, NAMELY, TIGHTS, LEOTARDS; GYMNASTIC SHOES; HALF-BOOTS; NECKERCHIEFS; CLOTHING BELTS; CLOTHING, NAMELY, MONEY BELTS; GALOSHES; SPATS; FOOTBALL BOOTS; SOLES FOR FOOTWEAR; CLOTHING WRISTBANDS; SWEAT-ABSORBENT UNDERCLOTHING, NAMELY, UNDERWEAR; CARNIVAL COSTUMES, NAMELY, COSTUMES FOR USE IN THE AMUSEMENT INDUSTRY, MASQUERADE COSTUMES, HALLOWEEN COSTUMES; INNER SOLES; DRESS HANDKERCHIEFS, NAMELY, DRESS SHIELDS; SHOWER CAPS; HEADGEAR, NAMELY, ANTI-GLARE VISORS; BRAS; BOXER SHORTS; BATHING CAPS; LADIES' DRESSES; KNICKERS; WOMEN'S BRIEFS; UNDERGARMENTS, NAMELY, TEDDIES; NECKLETS, NAMELY, BOAS; BRIEFS; SPORTS JERSEYS; SPORTS SHOES; SPORTS VESTS; PAPER CLOTHING, NAMELY, PAPER APRONS, PAPER HATS FOR USE AS CLOTHING ITEMS; CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS; MOTORISTS' CLOTHING, NAMELY, MOTORCYCLE JACKETS, MOTORCYCLE RAIN SUITS; CLOTHING MADE FROM IMITATIONS OF LEATHER, NAMELY, IMITATION LEATHER TOPS, IMITATION LEATHER BOTTOMS, IMITATION LEATHER JACKETS; COATS; PELISSES; BERETS; LAYETTES FOR CLOTHING; BABIES' PANTS; SWIMSUITS; BATHROBES; BATH SLIPPERS; BATH SANDALS; SUITS; PARKAS; POCKETS FOR CLOTHING; UNIFORMS; WAISTCOATS; SWEATERS; TIGHTS; STOCKING SUSPENDERS; STOCKINGS; BEACH SHOES; BEACH CLOTHES, NAMELY, BEACH COVERUPS, BEACHWEAR; BOOTS; ESPARTO SHOES AND SANDALS; CLOTHING, NAMELY, HEADBANDS; SWIMMING SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: SEWING THIMBLES; SNAP FASTENERS; HEAT ADHESIVE PATCHES FOR REPAIRING TEXTILE ARTICLES; ORNAMENTAL NOVELTY BADGES; SPANGLES FOR CLOTHING; MICA SPANGLES; BELT CLASPS; HAIR ORNAMENTS; HAIR BANDS; ARTIFICIAL GARLANDS; BROOCHES FOR CLOTHING; SHOE LACES; BUCKLES FOR CLOTHING; ZIPPERS; ARTIFICIAL BEADS, OTHER THAN FOR MAKING JEWELLERY; ELASTIC RIBBONS; ORNAMENTAL NOVELTY BADGES FOR WEAR, NOT OF PRECIOUS METAL; BUTTONS; HAIR BANDS; TROUSER CLIPS FOR CYCLISTS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

**Reg. No. 4,868,832** FOR: GYMNASTIC MATS; DOOR MATS; FLOOR COVERINGS OF VINYL; FLOOR COVERINGS; BATH MATS; FLOOR MATS FOR CARS; FLOOR, BEACH, RUBBER MATS; GYMNASTIC MATS; CARPETS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: POTATO CRISPS; FRUIT JELLIES; FRUIT PULP; FRUIT SALADS; CANDIED, DEHYDRATED FRUIT SNACKS; FRUIT CHIPS; FRUIT PRESERVED IN ALCOHOL; CHEESE; CURD; SOYA MILK; TOFU; RAISINS; NUTS, PREPARED; WHEY; MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; MILK SHAKES; MILK; MARMALADE; MARGARINE; JAMS; COMPOTES; CONDENSED MILK; YOGHURT; EGGS; JELLIES FOR FOOD; QUARK, NAMELY, CURD, IN CLASS 29 (U.S. CL. 46).

FOR: CONFECTIONERY, NAMELY, FROZEN CONFECTIONERY, FONDANTS, CRYSTAL SUGAR PIECES; RUSKS; PASTA; CHOCOLATE; CHOCOLATE MOUSSES; PUDDINGS; POPCORN; PIZZAS; PANCAKES; MUESLI; MARZIPAN; ALMOND CONFECTIONERY, NAMELY, ALMOND CAKE, ALMOND PASTE, SUGAR-COATED ALMONDS; LIQUORICE, CONFECTIONERY; STICK LIQUORICE, CONFECTIONERY; PASTRY; ICE; BISCUITS; KETCHUP; FROZEN YOGHURT, NAMELY, CONFECTIONERY ICES; CAKES; HONEY; SEMOLINA; GROATS FOR HUMAN FOOD, NAMELY, PROCESSED GRAINS; CEREAL FLAKES, NAMELY, BREAKFAST CEREALS, PROCESSED CEREALS; CEREAL BARS; PASTRIES; ROYAL JELLY FOR FOOD PURPOSES; CONFECTIONERY FRUIT JELLIES, NAMELY, FRUIT JELLY CANDY; CONFECTIONERY FONDANTS; ICED TEA; ICE CREAM; CHEESEBURGER SANDWICHES; BREAD; SWEETS; CONFECTIONERY, NAMELY, PASTILLES; CONFECTIONERY FOR DECORATING CHRISTMAS TREES; WAFFLES; SUGAR; TARTS; DOUGH; TEA; ICES; RICE CAKES; RICE-BASED SNACK FOOD; ICE, NATURAL OR ARTIFICIAL; RAVIOLI; POPCORN; PETITS FOURS CAKES; HIGH-PROTEIN CEREAL BARS; OAT- BASED FOOD, NAMELY, CRUSHED OATS, OATMEAL, ROLLED OATS; PASTA; PASTA MEALS, NAMELY, PASTA SALAD, PREPARED PASTA; COCOA BEVERAGES WITH MILK; COFFEE BEVERAGES WITH MILK; MAIZE FLAKES; GINGERBREAD; MAYONNAISE; CRACKERS; CHEWING GUM; COCOA-BASED BEVERAGES; CARAMELS; CANDY; COFFEE-BASED BEVERAGES; ARTIFICIAL COFFEE; CEREAL SNACKS, NAMELY, CEREAL-BASED SNACK FOODS; CONFECTIONERY, NAMELY, DESSERT MOUSSES; BRIOCHE, IN CLASS 30 (U.S. CL. 46).

FOR: PASTILLES FOR EFFERVESCING BEVERAGES, NAMELY, POWDERS FOR MAKING SOFT DRINKS; POWDERS FOR MAKING EFFERVESCING BEVERAGES; BEVERAGES, NAMELY, DRINKING, BOTTLED, MINERAL, AERATED WATERS; TOMATO JUICE BEVERAGES; TABLE WATERS; SORBETS IN THE FORM OF BEVERAGES; SODA WATER; SMOOTHIES; SYRUPS FOR BEVERAGES; SELTZER WATER; PREPARATIONS FOR MAKING BEVERAGES, NAMELY, FRUIT DRINKS; WHEY BEVERAGES; MALT BEER; LEMONADES; SYRUPS FOR MAKING LEMONADE; AERATED WATER; BEVERAGES, NAMELY, VEGETABLE JUICES; FRUIT JUICES; NON-ALCOHOLIC FRUIT NECTARS; ISOTONIC BEVERAGES; COCKTAILS, NON-ALCOHOLIC; BEER; ALOE VERA DRINKS, NON-ALCOHOLIC; APERITIFS, NON-ALCOHOLIC; NON-ALCOHOLIC HONEY-BASED BEVERAGES; NON-ALCOHOLIC FRUIT JUICE BEVERAGES; NON-ALCOHOLIC BEVERAGES, NAMELY, FRUIT JUICES AND FRUIT DRINKS; ESSENCES FOR MAKING NON-ALCOHOLIC BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 8-15-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1233267 DATED 8-26-2014, EXPIRES 8-26-2024.

SER. NO. 79-159,338, FILED 8-26-2014.

LEIGH CAROLINE CASE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# Emoji

**Reg. No. 5,202,078**

**Registered May 16, 2017**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

emoji company GmbH (GERMANY LIMITED LIABILITY COMPANY)
Necklenbroicher Strasse 52-54
40667 Meerbusch
FED REP GERMANY

CLASS 18: All-purpose sport bags, all-purpose carrying bags, athletic bags, beach bags, book bags, courier bags, diaper bags, gym bags, messenger bags, school bags; luggage; carrying cases; purses; parasols; umbrellas

CLASS 25: Clothing, namely, bathing suits, belts, dress suits, gloves, hoods, jackets, jerseys, coats, men's suits, scarfs, shirts, shoes, shorts, socks, sweaters, T-shirts, training suits, pants, underwear, women's suits; footwear; headgear, namely, hats and caps

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4868832, 4595110, 4893876

PRIORITY DATE OF 08-09-2013 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1176467 DATED 08-19-2013, EXPIRES 08-19-2023

SER. NO. 79-136,472, FILED 08-19-2013
LINDA B ORNDORFF, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# emoji

**Reg. No. 5,415,510**
**Registered Mar. 06, 2018**
**Int. Cl.: 5, 8, 10**
**Trademark**
**Principal Register**



Director of the United States
Patent and Trademark Office

emoji company GmbH (GERMANY gesellschaft mit beschränkter haftung (gmbh) )
Necklenbroicher Straße 52-54
Meerbusch, FED REP GERMANY 40667

CLASS 5: Dietary supplements and dietetic preparations, namely, dietetic foods adapted for medical use; Hygienic preparations and articles, namely, Disinfectants for hygienic purposes, Deodorizing products, namely, all purpose deodorizer preparations for household, commercial and industrial use, disinfectant bathroom cleaners; Medical and veterinary preparations and articles, namely, Acne treatment preparations; Adrenal hormone preparations; Aerosol dispensers for medical use sold filled with allergy medications, hemostatic preparations and hair growth stimulants; Air deodorizing preparations; Air purifying preparations; All purpose deodorizing preparations for household, commercial or industrial use; All purpose disinfecting and deodorizing preparations; Amino acid preparations for medical purposes; Analgesic and muscle relaxant pharmaceutical preparations; Androgen preparations; Anti-arthritic compositions and preparations; Anti-cancer preparations; Anti-inflammatory preparations; Anti-epileptic pharmaceutical preparations; Antidrowsiness treatment preparations; Anti-diabetic preparations; Anti-cavity dental coating preparations containing fluoride; Anti-sarcoma preparations; Anti-tuberculous preparations; Anti-uric preparations; Antibiotic preparations; Antifungal preparations; Antihemorrhoidal preparations; Antimicrobial hand-sanitizing preparations; Antiparasitic preparations; Antipyretic preparations; Antiseptic preparations; Athletes' foot preparations; Bacterial and bacteriological preparations for medical or veterinary purposes; Bacterial preparations for veterinary purposes; Bacterial preparations for medical and veterinary use; Bath preparations for medical purposes; Bath salts and bath preparations for medical purposes; Biological preparations for the treatment of cancer; Biostatic antimicrobial preparations for treating bacteria, mold, mildew, algae and yeast and for inhibiting growth of those organisms; Bowel evacuant preparations; Caffeine preparations for stimulative use; Cardiovascular pharmaceutical preparations; Chemical preparations for treating phylloxera; Chemical preparations for treating mildew; Chemical preparations for the diagnosis of pregnancy; Cold sore treatment preparations; Contact lens cleaning preparations; Contraceptive preparations; Cough treatment preparations; Dental preparations for disclosing plaque; Fertility enhancement preparations; Fumigation preparations for medical purposes; Diagnostic preparations for medical and veterinary use; Estrogen preparations; Medical preparations, namely, foot, hand and skin creams for diabetics; Hormonal preparations; Hand-sanitizing preparations; Medicated dermatological preparations and substances; Medicated skin care preparations, namely, creams, lotions, gels, toners, cleaners and peels; Medicated hair care preparations; Mineral preparations for medical purposes; Migraine treatment preparations; Menstrual symptom treatment preparations; Medicinal preparations for stimulating hair growth; Nasal spray preparations; Nail sanitizing preparations; Natural sleep aid preparations; Nausea treatment preparations; Preparation for the relief of pain; Pregnancy testing preparations, namely, pregnancy test kits for home use; Probiotic preparations for medical use; Pest control preparations and articles, namely, Pesticides; Nematode pesticide; Domestic pesticides; Agricultural pesticides; Pesticides for agricultural use; Granular

repellent for burrowing pests; Thymol for use as a pesticide; Pesticides for indicate use, agricultural, commercial, industrial, domestic use; Biocides, germicides, bactericides, virucides, fungicides, insecticides, pesticides and herbicides; Freeze-dried food bait to attract flies for pest control purposes; Herbicides, insecticides, pesticides and fungicides for home, garden and lawn use and for professional use; Dental preparations and articles, namely, Dental polish; Dental waxes; Dental alloys; Dental blanks; Dental sealants; Dental adhesives; Medicated dental floss; Medicated dental rinses; Dental impression materials; Dental abrasives; Medicated anti-cavity dental rinses; Adhesives for dental and dentistry use; Food for babies; Dietary supplements for animals; Medical preparations for slimming purposes, namely, Slimming pills; Anti-oxidant food supplements; Appetite suppressants; Appetite suppressants for medical purposes; Medicated supplements for foodstuffs for animals; Asthmatic tea; Infant formula; Dietary fiber to aid digestion; Bee pollen for use as a dietary food supplement; Diabetic bread adapted for medical use; Diastase for medical purposes; Dietetic infusions for medical use; Dietetic beverages for babies adapted for medical purposes; Dietetic preparations adapted for medical use, namely, dietetic foods adapted for medical use; Herbal dietary supplements for persons special dietary requirements; Dietary supplements for pets in the nature of a powdered drink mix; Liquid vitamin supplements; Nutraceuticals for use as a dietary supplement; Royal jelly for medical purposes; Powdered fruit-flavored dietary supplement drink mix; Glucose for use as an additive to foods for medical purposes; Dietary supplements consisting primarily of calcium; Cod liver oil; Cod-liver oil capsules; Cod-liver oil drops; Liquid herbal supplements; Fish oil for medical purposes; Ground flaxseed fiber for use as a dietary supplement; Dietetic sugar for medical use; Dietetic foods adapted for medical use; Dietetic beverages adapted for medical purposes; Dietetic sugar substitutes for medical use; Nutritional supplement meal replacement bars for boosting energy; Protein dietary supplements; Propolis dietary supplements; Linseed oil dietary supplements; Linseed dietary supplements; Royal jelly dietary supplements; Alginate dietary supplements; Albumin dietary supplements; Dietary supplemental drinks; Nutritional supplements; Multi-vitamin preparations; Calcium fortified candy, for medical purpose; Mineral dietary supplements for humans; Mineral food supplements; Melissa water for pharmaceutical purposes; Milk sugar, for medical purposes; Medicinal tea; Medicinal drinks; Lysine preparations; Mint for pharmaceutical purposes; By-products of the processing of cereals for medical purposes; Natural dietary supplements for treating claustrophobia; Powdered nutritional supplement drink mix; Dietary supplements for infants; Health food supplements for persons with special dietary requirements; Dietary supplements for controlling cholesterol; Food supplements; Dietary food supplements for humans; Wheat germ dietary supplements; Dietary supplements consisting of vitamins; Pollen dietary supplements; Lecithin dietary supplements; Casein dietary supplements; Yeast dietary supplements; Glucose dietary supplements; Enzyme dietary supplements; Food supplements consisting of amino acids; Wheat dietary supplements; Mineral nutritional supplements; Health food supplements made principally of vitamins; Health food supplements made principally of minerals; Vitamin preparations in the nature of food supplements; Prenatal vitamins; Vitamin preparations; Mixed vitamin preparations; Vitamin drinks, namely, Dietary supplemental drinks in the nature of vitamin and mineral beverages; Vitamins and vitamin preparations; Gummy vitamins; Vitamin D preparations; Vitamin C preparations; vitamin tablets; Vitamin B preparations; Vitamin A preparations; Vitamin and mineral supplements; Soy protein dietary supplements; Low-salt bread adapted for medical use; Lipotropic factor preparations; Diet capsules; Protein supplements for animals; Probiotic supplements; dietetic Sugar for medical purposes; Zinc supplement lozenges; Delivery agents in the form of coatings for tablets that facilitate the delivery of nutritional supplements; Delivery agents in the form of dissolvable films that facilitate the delivery of nutritional supplements; Nutritional supplements consisting primarily of zinc; Nutritional supplements consisting of fungal extracts; Nutritional supplements consisting primarily of magnesium; Dietary supplements consisting primarily of magnesium; Nutritional supplements consisting primarily of calcium; Nutritional supplements consisting primarily of iron; Dietary supplements consisting primarily of iron; Vitamin drops; Vitamin supplements; Deodorizers and air purifying preparations for carpets, shoes, automobiles and for household pet litter boxes; Disinfectants and antiseptics; medicated Eye-washes; Chemical preparations for sanitary purposes; Lubricant gels for personal use; Silicone-based personal lubricants; First-aid boxes, filled; Sanitary sterilising preparations; sterilising Cleaners for sterilising surgical instruments; Cleansing solutions for medical use; Compounds for sanitising eggs; Douching preparations for medical purposes; Sanitary preparations for medical purposes; Collyrium;

Egg sanitizing preparations; Personal sexual lubricants; Water-based personal lubricants; Diapers for pets; Diagnostic preparations for medical purposes; Medical dressings

CLASS 8: Hand-operated cutting tools and implements for treatment of materials, and for construction, repair and maintenance; Hand-operated retrieving tools and implements in the form of clamps for treatment of materials, and for construction, repair and maintenance; Lifting Tools, namely, Hand operated lifting jacks; kitchen knives and cutlery, namely, forks, spoons and flatware; Flat irons; Electric irons; Electric steam irons; Electric irons for styling hair; Electric hair straightening irons; Electric hair crimper; Tweezers; Manual clippers; Cuticle scissors; Farriers' knives; Nail clippers for personal use; Pedicure implements, namely, nail files, nail clippers, cuticle pushers, tweezers, nail and cuticle scissors; Scissors; Shears; Shear blades; Eyelash curlers; Eyelash separators; Hand tools, namely, Priming irons; Mountaineering pickels [ice axes]; hand-operated tin openers, non-electric; Diving knife holders; Miter vises being hand tools; Goffering irons; Palette knives; Thread snips; Ice picks; Ice axes; Ice hammers; Can openers, non-electric; Non-electric flat irons; Ratchets wrenches [hand tools]; Knives for hobby use; Knives made of precious metal; household Knives; Machetes; candle Wick trimmers; Ratchet handles; Scissors for children; Japanese grip scissors; Hand pumps, namely, air pumps, hand-operated; Hand-operated tile spacer removal tools; Hand operated hand shears; Snow shovels; Scissors for household use; Squeegees, namely, Beveled hand tool in the nature of a squeegee for spreading and leveling paint and wax products on cars, motorcycles, planes and boat panels; Pumps for liquids, namely, Displacement pump sprayers attached to a garden hose for spraying liquid herbicides, pesticides, fertilizers and insecticides; Hand tools, namely, Pikes; Seam rippers; Hand-operated Nail extractors; Paper shears; Multi-purpose shears; Throwing knives; Tool pouches for attachment to tool belts; Tool aprons; Tool holders; Tool belts; Extension bars for hand tools; Extensions for hand tools; Diving knives; Pocket shears; Pocket knives; Paring irons; Roll-up fabric container for hand tools; Metal vices; Bench vices; Vice workpiece stops; Golf shoe spike wrenches; Fishing line cutters; Wire Cutters; Die wrenches; Hand jacks; Stands for hand jacks; Lifting jacks, hand-operated; Working knives; Bayonets; Daggers; Harpoons for commercial fishing [not sports articles]; Sword scabbards; Sabres; Sword canes; Spears; Swords; Blades for knives; Knife bags; Razor, shedding, shaving, scissor and planing Blades; Japanese swords; Side arms, other than firearms, namely, swords; Fishing knives; Apple corers; Oyster openers; Bagel slicers; Boxes specially adapted for the storage of cutlery and flatware; Fish scalers; Filleting knives; Cutlery of precious metals; Strawberry hullers; Egg slicers, non-electric; Bread knives; Butter curlers; Can tab puller; Hand-operated cutters for making pasta; French fry cutters; Hand-operated vegetable shredders; Hand operated vegetable slicers; Grapefruit trimmers; Non-electric vegetable peelers; Forks and spoons; Forks made of precious metal; Forks; Table forks; Non-electric fruit peelers; hand-operated choppers, namely, meat choppers; Fish scoops; Non-electric garlic cutters; Scaling knives; Fish slicing kitchen knives; Thin-bladed kitchen knives; Kitchen knives; Cheese slicers, non-electric; Chef knives; Ceramic knives; Hand tools, namely, foundry ladles; Non-electric potato peelers; Japanese chopping kitchen knives; Hand operated carving knives for household use; Serving knives; Paring knives; Hand-operated slicers; Scissors for kitchen use; Bulk sugar scoops; Bulk rice scoops; Pizza cutters, non-electric; Pizza slicers; Fruit knives; Non-electric pasta makers for domestic use; Nonelectric garlic choppers; Zesters; Hand operated food dicers; Hand-operated choppers; Hand-operated food processors; Carving knives; Cake cutters; Stainless steel table knives; Stainless steel table spoons; Stainless steel table forks; Spoons for tea; Sterling silver table knives; Table knives; Sterling silver table spoons; Sterling silver table forks; Vegetable spiralizer, namely, Hand-operated spiral slicers; Pestles for pounding being hand tools; Spatulas being hand tools; Souvenir collector spoons

CLASS 10: Manually-operated exercise equipment for physical therapy purposes; Surgical apparatus and instruments for medical, dental or veterinary use; Prosthetic and filling materials, namely, artificial materials for use in the replacement of bones; Adult sexual stimulation aids, namely, artificial penises, penis enlargers, vibrators, benwa balls, artificial vaginas; sex toys in the form of anal plugs; Massage apparatus; Artificial penises; Artificial penises, being adult sexual aids; Artificial vaginas, being adult sexual aids; Benwa balls, being adult sexual aids; Penis enlargers, being adult sexual aids; Love dolls; Sex toys; Vibrators, being adult sexual aids; Condoms; Ear plugs for medical purposes; Noise protection means in the form of deformable ear plugs; Ear plugs for protection against noise; Ear plugs for sleeping; Hearing aids; Dentures; Triangular elastic bandages; Orthopaedic

insoles, namely, insoles for corrective treatment of conditions of the lower limbs; Orthopaedic insoles, namely, insoles for corrective treatment of conditions of the feet; Bandages, elastic; orthopaedic knee supports for medical use; Medical braces for joint fixation; Air Pillows for orthopedic use; Corsets for medical purposes; Orthopaedic detachable insoles; Orthopedic belts; Plaster support bandages for orthopedic purposes; Bandages for joints, anatomical; Invalid walkers; Walking aids for medical purposes; Arch supports for footwear, namely, arch cushions; Finger splints; Tips for crutches for invalids; Medical elbow braces; Tubular elastic bandages for supporting joints; Tubular elastic bandages for supporting limbs; Supportive bandages; Orthopaedic insoles, namely, orthopaedic foot cushions; Orthopaedic inner soles incorporating arch supports; Arch supports for footwear; Orthopaedic support bandages; Orthopaedic strappings in the form of support bandages; Orthopedic apparatus for talipes; Orthotic inserts for footwear; Supports for the upper body for medical use; Medical braces for, knee, ankle, elbow and foot; Templates for orthopedic purposes; Ankle supports for medical use; Crutches; Medical ankle braces; Knee guards in the nature of medical support; Knee bandages, orthopedic; Tubular support bandages; Splints for medical purposes; Back supports for medical purposes; Rollators; Padding for orthopedic casts; Orthopedic support bandages; Orthopaedic supports for heels; Orthopaedic hosiery; Orthopedic soles; Orthopedic footwear; Orthopedic cushions; Orthopaedic compression supports; Vertebral orthopedic apparatus; Toe separators for orthopedic purposes; Orthopedic device to stretch and exercise the toes and feet, namely, toe regulators; Quad canes for medical purposes; Exercise boots for medical rehabilitative purposes; Suspensory support bandages for joints; Arch supports for orthopaedic boots; Arch supports for orthopaedic shoes; arch support for shoes, namely, arch supports for flat feet; Shoe insoles for orthopedic use; Corsets for therapeutic use; Slings, for medical use; Teething soothers, namely, teething rings; Dissecting tables; Pacifier clips; Babies' pacifiers; Neonatal pacifiers; Feeding cups for medical purposes; Intravenous feeding tubes; Feeding bottle valves; Feeding bottles; Breast pumps; Paediatric pacifiers; Feeding bottle teats; Intravenous feeding bottles; Enteral feeding pumps; Disposable teats; Breast pumps for use by nursing mothers; Breast shields; Teething rings; Teething rings incorporating baby rattles; Breast milk storage bottles; Physical exercise apparatus for therapeutic use; Low frequency electric therapy apparatus; Electric heating cushions, for medical purposes; Chiropractic instruments; Respiratory therapy instruments, namely, respiratory masks for medical purposes; Asymmetrical bars for physical exercise, for medical purposes; Electrical apparatus for the therapeutic stimulation of the body, for rehabilitative medical purposes; Electrical apparatus for the therapeutic stimulation of the muscles, for rehabilitative medical purposes; Apparatus for the electrical stimulation of groups of muscles, for medical purposes; Electrical apparatus for the therapeutic toning of the muscles, for medical rehabilitative purposes; Apparatus for use in toning muscles for medical rehabilitation; Apparatus for use in exercising muscles for medical use; Nasal lavage vessel for therapeutic purposes; Apparatus for electrical muscle stimulation, for medical purposes; Electrical apparatus for the therapeutic toning of the body, for medical rehabilitative purposes; Physiotherapy and rehabilitation equipment, namely, body rehabilitation apparatus for medical purposes; Transcutaneous electrical nerve stimulation electrodes, namely, Electrotherapy devices for providing transcutaneous electrical nerve stimulation, infrared heat and compression; Exercise simulating apparatus for medical purposes; Deep heat massage apparatus; Therapeutic apparatus for children with autism, for medical purpose, namely, apparatus for dispensing non-medical oxygen and aromatherapy that also utilizes light, sound, and vibration for relaxation therapy; Therapeutic nose clips for the prevention of snoring; Therapeutic mouthpieces for the prevention of snoring; Hot air therapeutic apparatus, for medical purpose, namely, empty inhalers for therapeutic use; Step-up machines for use in physiotherapy; Rowing machines for physical exercise for medical purpose; Electro-stimulation apparatus for the body in therapeutic treatment; Mercury arc lamp units for therapeutic purposes; Quartz lamps for medical purposes; Physical exercise apparatus, for medical purposes; Medical apparatus for strengthening muscles of the pelvic floor; Treadmills for medical use in physiotherapeutic exercise; Infrared radiator units for therapeutic purposes; Hot air vibrators for medical purposes, air filters for medical ventilators; Heating cushions, electric, for medical purposes; Hand exercisers for therapeutic use; Belts, electric, for medical purposes; Exercisers for medical therapy, namely, exercise machines for therapeutic purposes; Ultrasonic aspirators for separating soft tissue parts; Stair climbing machines for medical therapeutic use; Anaesthetic drapes for use during surgery; Anti-pressure sore mattresses, for medical purpose; Apparatus for the turning of patients for medical purpose; Inflatable mattresses for orthopaedic purposes; Beds specially made for

medical purposes, namely, Beds for surgical use; Bed bases for beds especially made for medical purposes; Blankets for medical purposes; Pressure relief pads and cushions made for medical purpose; Electric blankets for medical use; Obstetric beds for medical purpose; Obstetric tables for medical purpose; Birthing chairs; Contoured cushions for patients' use on chairs for medical purposes; Contoured inflated pads for patients for medical purposes; Padded cushions for medical purposes; Stretcher straps; Adhesive drapes for surgical use; Invalids' hoists; Blankets, electric, for medical purposes; Medical patient treatment chairs; Air mattresses, for medical purposes; Air mattresses for infants for medical purpose; Air cushions for medical purposes; Air pillows for infants for medical purpose; Air pillows for medical purposes; Support mattresses for medical use; Draw-sheets for sick beds; Hospital gurneys; Ambulance stretchers; Invalid lifts; Hospital beds for use by burn patients; Soporific pillows for insomnia; Pads for preventing pressure sores on patient bodies for medical purposes; Soporific pillows filled with down for insomnia; Pillows for therapeutic use; Cushions for medical use, adapted to support the face; Cushions for medical use for supporting infants being examined; Cushions for medical use for supporting infants while being bathed; Cushions for medical purposes; Hybrid beds being soft sided waterbeds for medical purposes; Incontinence sheets for use with babies; Incontinence sheets for use with infants; Medical instrument tables for use during medical procedures; Medical instrument cabinets for use during medical procedures; Tables for radiology; Retaining belts for restraining patients on stretchers; Patient examination tables; Patient litters in the nature of stretchers; Surgical drapes; Operating tables; Anaesthesia screens in the form of anaesthetic masks; Commode chairs; Furniture for endoscopic examination purposes; Medical examination sheets; Medical tables for examination and treatment purposes; Medical stretchers; Medical blankets for the warming of patients; Medical blankets for the cooling of patients; Medical procedure chairs; Furniture adapted for medical treatment purposes; Incontinence mattress protectors for medical purposes; Mattresses for medical use; Mattresses for hospital patient trolleys; Childbirth mattresses; Sheets made of rubber for incontinence; Operating theatre sheets; Patient stretchers; Stretchers; Stretchers, wheeled; Medical procedure tables; Tables specially made for medical examination; Tables for use in the treatment of patients; Support mattresses for preventing pressure sores for medical purposes; Sterile sheets, surgical; Chairs especially made for medical use; Furniture especially made for dental use; Furniture especially made for medical purposes; Furniture especially made for surgical use; Beds, specially made for medical purposes; Beds specially made for use by burn patients; Patient safety restraints; Armchairs especially made for surgical purposes; Cervical pillows for medical use; Dentists' armchairs; Hydrostatic beds for medical purposes; Bed vibrators; Surgical examination drapes; Hospital examination tables; Examination chairs specially made for dental use; Examination chairs specially made for medical use; Hospital examination chairs; Examination couches specially made for dental use; Examination couches specially made for medical use; Incontinence sheets

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN (EU) OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET (OHIM) APPLICATION NO. 015700222, FILED 07-28-2016, REG. NO. 015700222, DATED 12-09-2016, EXPIRES 07-28-2026

SER. NO. 87-263,075, FILED 12-09-2016