# EXHIBIT 3



INTA International Trademark Association

# 2017 ANNUAL REPORT



The International Trademark Association (INTA) is the global association of trademark owners and professionals dedicated to supporting trademarks and related intellectual property in order to protect consumers and to promote fair and effective commerce.

©2018 International Trademark Association

# TABLE OF CONTENTS

MESSAGE FROM LEADERSHIP ............................................................................ 2-3

**EXPANDING OUR GEOGRAPHIC REACH** .......................................................... 4-11

GLOBAL FOOTPRINT: MEMBERSHIP ............................................................. 6

Q&A: LATIN AMERICA AND THE CARIBBEAN ...................................... 9

Q&A: ASIA-PACIFIC AND CHINA .................................................................. 10

**EXPANDING OUR SUBSTANTIVE SCOPE** ....................................................... 12-19

GLOBAL FOOTPRINT: EVENTS ....................................................................... 14

Q&A: INDIA ........................................................................................................... 17

Q&A: EUROPE ..................................................................................................... 18

**EXPANDING OUR COMMUNICATIONS** ........................................................... 20-27

GLOBAL FOOTPRINT: PUBLICATIONS ......................................................... 22

Q&A: AFRICA AND THE MIDDLE EAST ........................................................ 25

Q&A: WASHINGTON, D.C. ................................................................................ 26

INTA'S OFFICES .................................................................................................... 28

# A MESSAGE FROM
# OUR LEADERSHIP

In 2017, the International Trademark Association (INTA) catapulted forward in our depth and breadth, expanding our geographic reach, our substantive scope, and our communications.

> We ended the year strong, with a solid financial footing, an increased membership base that collectively contributes almost US $123 trillion to global gross domestic product annually, additional international offices, a record-breaking Annual Meeting, and a broadening of our educational programming and advocacy—in both issues and regions—to respond to a transformative professional environment and a rapidly changing global landscape.

For INTA, it was a pivotal year—one in which we wrapped up the 2014-2017 Strategic Plan, with accomplishments in all key areas, including protection of trademarks, communications, international expansion, and member satisfaction. The Board of Directors also approved our future direction, in the form of the 2018-2021 Strategic Plan.

This 2017 Annual Report underscores the Association's significant operational milestones, policy achievements, long-standing and new resources, and other events and initiatives that marked this year. We present interviews with representatives of our regional offices to provide an inside look at INTA around the world. Moreover, peppered throughout are highlights of the work of some of the Association's committees; this snapshot represents a mere fraction of the full picture of the overall—and impressive—activities undertaken by our member volunteers.

There is no doubt that INTA's progress derives from the people behind our organization: our staff, our Board of Directors, and our members who actively participate in an increasing number of committees, subcommittees, project teams, and special task forces. These are the people who strategize, frame, and act on myriad issues around the world—and accelerate our impact. Their collective expertise along with INTA's collaborations and interactions with industry organizations, government officials, and other stakeholders have helped ensure that INTA optimally serves our members and protects brand owners and the public.

> As we look back at 2017, we also are energized to look ahead to the future. We hope that you share this excitement—and engage with INTA!



**JOSEPH FERRETTI**
2017 President



**ETIENNE SANZ DE ACEDO**
CEO



**TISH L. BERARD**
2018 President



4



# EXPANDING OUR GEOGRAPHIC REACH

INTA's broad international reach is one of our core strengths. In 2017, the Association's global footprint accelerated, even beyond our previously fast course, as we made every effort to achieve the international expansion mandate that was one of four strategic directions of the Association's 2014–2017 Strategic Plan.

We have endeavored to expand our international presence for several reasons: to enable more meaningful engagement with, and support of, INTA's evolving global membership; to stimulate more educational programming in other parts of the world; to help develop stronger relations with local intellectual property (IP) offices and national or regional associations; and to facilitate more targeted advocacy on a wide range of issues that affect brand owners and trademark professionals around the world.

To that end, INTA completed the last year of the 2014–2017 Strategic Plan with an expanded international scope in all areas: membership growth, establishment of permanent representative offices, advocacy, and bridge building. And we held our hallmark Annual Meeting, the largest trademark-related event in the world, in Europe.

5

# GLOBAL FOOTPRINT | Our Reach: Membership (As of December 31, 2017)



**2017 Membership**

**7,246** TOTAL MEMBERS

INCLUDING **1,131** CORPORATE MEMBERS

**TOTAL MEMBERS\* REPRESENT**

**31,000+** PROFESSIONALS  FROM **191** COUNTRIES

\*Corporate, associate, government, emeritus, and academic members; represents individuals and organizations

**2016–2017 Membership Growth**

**91%** RETENTION RATE

ADDED **298** MEMBERS

## MEMBERSHIP BY REGION:

East Asia & Pacific ................................................................. 1,100
Europe: European Union .......................................................... 1,670
Europe: Non-European Union .....................................................289
Europe: Russia & Commonwealth of Independent States ......................125
Latin America & the Caribbean ....................................................821
Middle East & North Africa ........................................................327
North America (United States and Canada) ....................................2,499
South Asia ..........................................................................232
Sub-Saharan Africa .................................................................183

Today, INTA has 7,246 members, representing more than 31,000 trademark professionals from 191 countries.

In addition to our headquarters in New York, New York, the Association has offices in Brussels, Belgium; Santiago, Chile; Shanghai, China; Singapore, Southeast Asia; and Washington, D.C., as well as representatives in Geneva, Switzerland, and New Delhi, India, and a representative for Africa and the Middle East.

With a significant portion of INTA's membership grounded in Europe and North America and already supported by well-established offices, much of our focus in 2017 was on Africa, Asia-Pacific, Latin America, and the Middle East. The Association's notable membership growth in these four regions made them natural areas for an increased presence. In addition, their overall business climates, including robust economic growth, rising consumer classes, and emerging hubs of innovation, have presented myriad new opportunities for brand owners based in these regions and in other parts of the world.

## Adding New Representatives

As part of this global growth, in May, INTA officially opened the Latin America and the Caribbean Representative Office in Santiago, Chile—the sixth permanent INTA office worldwide.* The Association selected Santiago after extensive due diligence. A significant number of high-level international organizations have workplaces in the city, making the INTA Representative Office well positioned to serve members throughout the region.

Overall, INTA was drawn to Latin America because of the region's growth potential. Comprising approximately 7 percent of the world´s gross domestic product (GDP) and with a prospective 600 million consumers (2016), Latin America has become an increasingly important contributor to the global economy and one of the most interesting developing regions for brands seeking

expansion. Trademark-intensive industries are contributing significantly to the local economies, generating jobs and contributing to GDP.

The Latin America and the Caribbean Representative Office is supporting the trajectory of Latin America's economic growth through the promotion of brands within regional communities and the advancement of strong and efficient national trademark laws that support local industry and increased foreign investment. Following the official opening of the new office, through year-end, INTA organized or participated in 15 events across Latin America, greatly enhancing the Association's visibility and reach.

Also in May, INTA contracted with a Representative for Africa and the Middle East. Since then, we have increased our presence in these two key regions via high-level delegations, workshops, and direct engagement with local members.

In Africa, significant economic growth and increased investment in infrastructure have resulted in a greater need to acknowledge the role and importance of IP on the continent. These factors represent a great opportunity for brand owners outside the region that are looking to expand their businesses into African markets. The unique challenges presented by widely varying regional and local legal frameworks and still-developing infrastructures make it essential that both foreign and local brand owners be knowledgeable and well informed before finalizing their IP and market strategies. INTA's

7

**HIGHLIGHTS:**

## Enforcement Committee (2016-2017 Committee Term)

The Enforcement Committee develops and advocates the Association's policy regarding the timely and effective enforcement of trademarks and business identifiers.

- Held three Judges Workshops—in Costa Rica, Ecuador, and Paraguay—to advance knowledge of trademark law and procedure
- Drafted a Board resolution on INTA's position on the Hague Convention on Recognition and Enforcement of Judgments and submitted intervention to the Special Commission in The Hague in support of a draft Convention

In February, the ASEAN Working Group on IP Cooperation invited INTA to address its 52nd Meeting in Vientiane, Laos—the first meeting since the publication of the ASEAN IPR Action Plan 2016-2025. INTA's presentation focused on the 19-item Action Plan, emphasizing the need to look for areas of cooperation, especially with respect to enforcement and support of the local IP community.

Maintaining this momentum, in August, INTA held a policy dialogue in Banda Seri Begawan, Brunei, with government representatives of the country on best practices for trademark enforcement. With this dialogue—the first event organized by INTA in Brunei—the Association is now active in all 10 ASEAN countries, engaging government, industry, and the public on trademarks through education, training, and advocacy.

increased presence and engagement in Africa have been helping to fill that knowledge gap.

Given the potential for expansion and increased visibility in the Middle East, the Association selected this region for our first-ever membership roadshow. INTA staff and local members traveled to Doha, Qatar, and the United Arab Emirates (UAE). This was undertaken in September in conjunction with a Free Trade Zone (FTZ) workshop hosted by INTA in Dubai, UAE. As a result of this campaign, which led to the enrollment of several new corporate members, and the success of the FTZ workshop, INTA decided to return to Dubai for a region-focused conference in November 2018.

## Fostering Relationships

In the Asia-Pacific region, March marked the one-year anniversary of the opening of INTA's office in Singapore, Southeast Asia. The office covers 30 countries outside of Mainland China. INTA gained notable momentum through numerous activities,

including those related to policy and advocacy. In its first year of operation, the office participated in 29 official engagements with governments. These included several delegations led by 2017 INTA President Joseph Ferretti, policy dialogues, and attendance at government-hosted events.

It has become increasingly important to have a presence in this region since the Association of Southeast Asian Nations (ASEAN) established the ASEAN Economic Community (AEC) in 2015. With a combined GDP of US $2.6 trillion and more than 622 million consumers (2016), the AEC, which has resulted from the economic integration of ASEAN's 10 members (Brunei, Cambodia, Indonesia, Laos, Malaysia, Myanmar, Philippines, Singapore, Thailand, and Vietnam), presents huge opportunities for brand owners across the region and globally. On the other hand, the establishment of the AEC also presents its members with a number of challenges, including many relating to IP and cross-border trade.

In another historic event, which occurred toward the end of the year, INTA led a delegation of staff and members to Dili, Timor-Leste. This was the first time an international organization facilitated a government-industry dialogue on trademark law in this Southeast Asian nation, which does not have a trademark law and protects marks through a system of cautionary notice publications. INTA has begun working with Timor-Leste officials to draft a trademark law and to improve the IP rights enforcement environment.

Through the Association's office in Shanghai, China, INTA also continued to develop productive relations with the government, other associations, brands, and INTA's growing membership in China. In 2017, the global business community focused much of its attention on China and the

# LATIN AMERICA AND THE CARIBBEAN

**INTERVIEW WITH:** José Luis Londoño

Chief Representative Officer

**Q** On May 2, INTA celebrated the opening of the Latin America and the Caribbean Representative Office, in Santiago, Chile. What has been the significance of this office for INTA members in the region?

**A** Primarily, our members feel that INTA is more accessible to them from a holistic point of view. Thus, they are more encouraged to collaborate in achieving the Association's goals according to our strategic plan.

Having a closer geographical, linguistic, and cultural proximity to our members enables us to better understand the needs of current members, opens up opportunities to attract new members, and allows us to further contribute to the Association's commitment to integration and cooperation in Latin America (LATAM).

**Q** In addition to the opening of the INTA office, what other factors contributed to a gain of 57 new members in the region between 2016 and 2017?

**A** We believe several factors have caused this substantial increase. The first one is that IP has gained more relevance within law firms in LATAM, and these firms have been expanding their IP and trademark departments. This has been occurring because the number of companies and entrepreneurs here has been rising; consumers are becoming more demanding as the middle class grows; and trademark applications have increased dramatically. Second, there are more specialized IP attorneys in the region, as new practitioners find this subject appealing because of its close relation with innovation.

In addition, our participation in several events organized by allied associations and the training sessions we have held for trademark and IP examiners, customs officials, and the judiciary throughout the region have further increased our visibility.

**Q** In interactions with INTA members and with organizations and government officials in 2017, what have you found to be their biggest concerns related to trademarks and other IP?

**A** The main concern to our members right now is the brand restriction regulations taking place in different jurisdictions, and the uncertainty such regulations create for all trademark owners.

In addition, counterfeiting is a critical issue in LATAM. We have seen major improvements in some jurisdictions, highly committed officers and entities, and beautiful examples of cooperation between different national and international institutions to deter illicit trade. Government officials have been focused on updating laws and procedures to offer better-quality services and meet international standards and best practices. We have witnessed how active they are in implementing new procedures, IT solutions, training, etc., to keep up with the best offices in the world. However, there is still a lot to be done.

**Q** What regional events in 2017 were most noteworthy?

**A** INTA's Changing Landscape of Latin America conference, which took place in Cartagena, Colombia in October, was definitely one of our greatest achievements in 2017. It was our grand debut in the region. With noteworthy topics and speakers, the conference resulted in a great academic forum and a wonderful venue for networking. It also showcased Latin America's vast number of high-quality companies, which are already competing globally with outstanding success.

Our counterfeit-related training sessions were also timely. These included a post-conference workshop for free trade zone (FTZ) authorities, government officials, and other stakeholders that explored the ongoing threat of counterfeiting in FTZs, and a regional customs training workshop at the Chamber of Commerce and Industry in Oranjestad, Aruba, led by INTA's Anticounterfeiting Committee–Latin America and Caribbean Subcommittee. These types of events are fulfilling our priorities to serve as an educational source and to establish working relationships with national and regional IP offices and associations.

9

# ASIA-PACIFIC AND CHINA

## INTERVIEW WITH: Seth Hays
Chief Representative Officer

**Q** What was the main focus of the Asia-Pacific office in its first year of operation, since opening in Singapore in March 2016?

**A** Our main focus was to firmly establish INTA's footprint in the Asia-Pacific (APAC) region. The region's sheer size, which ranges from Mongolia in the north to Australia in the south, and its cultural and political diversity, call for a varied set of objectives, activities, and priorities on a country-by-country basis. Despite these challenges, we have successfully raised the Association's profile through increased advocacy efforts and events across the region.

Marking one area of uppermost importance in 2017, we worked on countering legislative initiatives on brand restrictions. INTA submitted letters to government officials in Thailand, Hong Kong, and Taiwan on plain packaging and brand restrictions for tobacco and alcohol products, and we monitored proposed legislation in Nepal for brand restrictions and oversized graphic health warnings on alcoholic beverages.

The trade in counterfeit goods is another one of our leading policy priorities—and 2017 was a year of milestones for us with regard to this. We organized the first policy dialogue between international brands and local e-commerce platforms in Indonesia regarding the sale of counterfeits online, including sharing best practices developed by INTA's Anticounterfeiting Committee. We also hosted the first government-industry dialogue on enforcement of trademark rights in Brunei following the country's initial raids against trademark counterfeiters. In addition, we successfully advocated against regulatory proposals by Singapore Customs, which would have eased the transshipment of counterfeit goods.

**Q** Turning to INTA's China office, in Shanghai, what were the most pressing issues that you addressed in 2017?

**A** In China, INTA members worked closely with the China Trade Mark Office (CTMO) and representatives from governments outside China, namely the U.S. Patent and Trademark Office and the EU Intellectual Property Office, on preventing bad-faith registration of trademarks. These efforts included participating in a series of working-level discussions that resulted in policy changes at CTMO.

Anticounterfeiting remains at the top of INTA's priorities in China as well as elsewhere in the world. This is a critical topic here—one that is much talked about, and there is progress being made in awareness and enforcement.

**Q** Did INTA utilize any new tactics to approach the escalating counterfeiting issue there?

**A** In 2017, INTA leveraged China's Belt and Road Initiative for global economic cooperation to address the increasing trade in counterfeit goods at a groundbreaking panel at the China Trademark Association's Trademark Festival in September.

INTA also collaborated with the Administration of Quality Supervision, Inspection and Quarantine's National E-Commerce Monitoring Center to organize a high-level summit in Hangzhou in September for Chinese government officials and local and international brand owners on the sale of counterfeit goods online.

**Q** Your regions witnessed a significant rise in membership, gaining 60 total members between 2016 and 2017 and increasing corporate membership alone by more than 20 percent. To what would you attribute this growth?

**A** For one, having a physical presence in both Singapore and Shanghai has allowed us to further engage brand owners and provide services in a tailored and localized fashion.

The INTA name has also become more visible as a result of an upsurge in activities at both offices. In 2017, compared with 2016, we organized 34 of our own events—up 143 percent; engaged with government officials 48 times through delegations, policy dialogues, and the like—up 85 percent; and participated in 25 third-party events—up 39 percent.

All of this adds value for existing members and draws new ones to the Association. Hopefully, this growth curve will continue in the future.

**HIGHLIGHTS:**

## Alternative Dispute Resolution Committee (2016-2017 Committee Term)

The Alternative Dispute Resolution (ADR) Committee promotes the worldwide use of ADR, including use of the Panel of Trademark Mediators, as a cost-effective method of resolving trademark disputes.

- Partnered with three organizations—the Hong Kong International Arbitration Centre, IPR Mediation-Paraguay, and the Brazilian Association of Intellectual Property
- Held roundtables to increase awareness of ADR in new jurisdictions—Beijing and Nigeria

government's One Belt and One Road Initiative, which promotes connectivity and cooperation between Eurasian countries.

INTA homed in on this hot topic during our participation in the China Trademark Association's 2017 China Trademark Festival, held in Guilin, China, in September. Convening specialists from across the Belt and Road countries in Africa, Asia, and Europe, the Association organized an education panel that focused on the complexity of cross-border trademark enforcement. Mr. Ferretti, who led INTA's delegation at the festival, opened the session by emphasizing the important role that trademarks play in the economy—and should play in economic development.

As a result of this initiative, as investment increases across the region, the Association will continue to advocate for cross-border enforcement to protect brands in the future.

### Hosting Activities Worldwide

Within INTA's 2014–2017 Strategic Plan, the objective of international expansion is coupled with the strategic direction of enhanced member satisfaction. In 2017, INTA members played a critical role in the Association's global policy and advocacy activities. Joining Mr. Ferretti, INTA CEO Etienne Sanz de Acedo, or staff from the Representative Offices, members represented the Association on more than 25 official delegations and in policy dialogues around the world—effectively shaping trademark policy on a global scale.

To support our global membership through world-class educational programming and optimal networking opportunities, INTA has been continuing efforts to host educational events in new locations. As an example, in 2014, following the successful Hong Kong Annual Meeting, the Association's Board of Directors approved a rotation strategy for our Annual Meeting that will take the event to a location outside the United States every third year. As 2017 was a "third

### Expanding Our Legal Resources

INTA has seven searchable practice guides available online. In 2017, members from 158 countries accessed these resources.

Our most popular searchable guide, *Country Guides: Essential Information on Trademark Protection Worldwide*, now includes information on customs recordation and plain packaging. As of year-end, the guide covers 109 jurisdictions.

year," INTA scouted sites throughout Europe for the 139th Annual Meeting in May.

Following a site selection process like those undertaken for all of the Association's Annual Meetings, INTA ultimately selected Barcelona, Spain, as the host city. Our extensive analysis considered a broad range of factors, including member experience and satisfaction; sufficient facilities to host a meeting of this size; budgetary issues; and the IP and political environment. As it turned out, the 2017 Annual Meeting—INTA's fourth outside North America and third in Europe—drew the largest and most diverse crowd in INTA history. More than 10,600 IP professionals from 155 countries were in attendance.

While the 2014–2017 Strategic Plan has concluded, INTA's international expansion will continue well into the future, as we work to provide more opportunities for members to engage, learn, and do business; to deepen relations with government agencies, trademark offices, and other associations; and to advance trademark law worldwide.

*\* The Asia-Pacific Representative Office, INTA's fifth permanent office, was opened in Singapore in 2016.*



# EXPANDING OUR SUBSTANTIVE SCOPE



With INTA's growing international membership now spanning 191 countries, the needs of our members are, understandably, not only increasing, but also diversifying. At the same time, the global intellectual property (IP) industry and the IP profession are continuing to evolve.

Advances in technology, the intensifying pressure from consumers on brands for corporate social responsibility (CSR), and increased globalization are just some of the external forces driving this change. Trademark professionals must widen their lens beyond traditional trademark issues—to also be versed in the Internet; privacy and data protection; and design, patent, and copyright laws. They must keep abreast of international IP developments and legislation and free trade agreements. Furthermore, in-house corporate counsel are increasingly finding the need to demonstrate their value to colleagues and the bottom line.

13

# GLOBAL FOOTPRINT | Our Reach: Events (As of December 31, 2017)



**121*** EVENTS

**15,236** ATTENDEES

IN **14** COUNTRIES

FROM **146** COUNTRIES

*Includes meetings, conferences, workshops, seminars, and roundtables

**Most-Attended Conference**
Brands and Fashion
March 22–23, 2017
New York, New York
**369** attendees
from **49** countries

**Most-Attended Meeting**
139th Annual Meeting
May 20–24, 2017
Barcelona, Spain
**10,642** attendees
from **155** countries
Largest ever!

**EVENT LOCATIONS:**

**Africa:** Nigeria

**Asia:** China, India, Korea, Malaysia, Singapore

**Europe:** Germany, Italy, Netherlands, Spain, United Kingdom

**Latin America:** Colombia

**Middle East:** United Arab Emirates

**North America:** United States

14

In response to this shifting landscape, INTA is also evolving, and doing so purposefully. In addition to enlarging our geographic reach, the Association has been expanding our substantive scope. Today, our agenda encompasses a broader range of issues, including those that universally affect members and those that require targeted advocacy in specific areas of the world.

In 2017, INTA remained focused on our core policy priorities: anticounterfeiting, Internet governance and expansion, brand restrictions, and trademark law harmonization. However, we also took on a number of related rights, including designs, geographical indications (GIs), indigenous rights, and the intersection of copyrights and trademarks, as well as global developments that could have potentially serious consequences with regard to brands, such as the United Kingdom's withdrawal from the European Union (Brexit).

The Association's sizable—and continually growing—agenda is evident in much of the work addressed by INTA's committees. For the 2016-2017 committee term, we expanded our number of committees from 29 to 37.

Several committees were created in part to tackle certain substantive gaps, including data protection, designs, and copyrights. Other new committees were established to examine emerging technologies, such as 3D printing and artificial intelligence, to determine their impact on brands and consumers. This expansion also provides more opportunities for members to volunteer, to contribute to the success of INTA, to network, and to further their careers.

In 2017, in initiatives led by committees, INTA passed six policy-related Board resolutions; presented 29 testimonies and submissions to 12 governments and organizations in jurisdictions around the world; and published seven substantive reports and three impact studies.

## Adopting Official Positions

In 2017, three of the six policy resolutions adopted by INTA's Board of Directors were proposed by newly established committees and have helped the Association expand our substantive scope into related rights.

The first was the resolution for Copyright Protection for Trademarked Material proposed by the Copyright Committee. Passed in September by the Board at its meeting in Brussels, Belgium, the resolution affirms that whether an original creative work of art, such as a logo, also acts as a source-identifier worthy of trademark protection, should not hinder the ability of the artwork to receive copyright protection.

A second resolution on copyrights, Copyright Registration as a Precondition of Infringement Suit, was also proposed by the Copyright Committee and approved by the Board in November at its meeting in Washington, D.C. It recommends that U.S. courts should allow a copyright claimant to file and prosecute a copyright infringement suit upon submitting an application, deposit, and fee to the Copyright Office (i.e., the "application approach") without awaiting the issuance of a registration certificate.

The third resolution was proposed by the Designs Committee and was also adopted by the Board in November. It establishes model design law guidelines to clearly articulate INTA's recommendation for minimum standards for design laws and to serve as a baseline standard by which the Association will be able to analyze or comment on national and regional design laws and regulations as the need arises.

The other three resolutions passed in 2017 cover the Dependency Period of International Trademark Registrations under Madrid Protocol; an Amendment of the Lanham Act to Include a Rebuttable Presumption of Irreparable Harm; and the Hague Convention on Recognition and Enforcement of Judgments.

## Weighing In on Issues

Notably, among the 29 testimonies and submissions in 2017, five—presented to the governments of Canada, Hong Kong, Hungary, Taiwan, and Thailand—cover brand restrictions. As of the end of 2017, INTA had filed submissions on this issue with governments in more than 22 jurisdictions across Africa, Asia, Europe, and the Americas.

### Expanding Our Legal Resources

*Geographical Indications, Certification Marks and Collective Marks: An International Guide* was revised in November, to include updated profiles of each jurisdiction and a new chapter on the history of GIs.

In 2017, INTA published fact sheets on fluid trademarks and free trade zones, as well as checklists on trademark surveys and customs recordation.

**HIGHLIGHTS:**

## Anticounterfeiting Committee (2016-2017 Committee Term)

The Anticounterfeiting Committee develops and advocates the Association's policy regarding anticounterfeiting and enforcement issues.

- Held more than 25 policy dialogues across the globe to engage government officials and key stakeholders
- Introduced the Pilot Customs Training Program in the fall of 2016 and held four training sessions in 2017

Notable submissions in 2017 that go beyond trademark law include two to the EU Intellectual Property Office covering designs; two to the China National People's Congress covering draft e-commerce and unfair competition laws; one to the World Intellectual Property Organization covering graphical user interface, and icon and typeface/type font designs; and a request to the U.S. Copyright Office for a meeting regarding logo registration practice and guidance.

In addition, in alignment with one of the directions of the Association's 2014-2017 Strategic Plan, INTA continued through various channels to advance trademark protection. Among our efforts throughout the world were the following: INTA's Board approved specific recommendations in November for Brexit negotiations. In Germany, Portugal, and Spain, we supported an improved trademark draft law in line with implementing the new EU Trade Marks Directive. In Ukraine and Turkey, we advocated for more efficient protection and enforcement of trademark rights. In India, many of the Association's comments on the draft Trade Mark Rules were incorporated in the final Rules, which became effective in March. In Latin America, INTA conducted an IP Examiners Training Workshop hosted by the Paraguayan National Directorate of Intellectual Property

(Dirección Nacional de Propiedad Intelectual).

## Providing Analysis

Of the seven substantive reports prepared by policy committees and published by INTA in 2017, three demonstrate the Association's emerging areas of interest.

*3D Printing: Key Legal Issues and Options for Change*, prepared by a 3D Printing Task Force of the Designs Committee's Designs Communications Subcommittee, summarizes the law of direct and secondary liability under copyright, trademark, trade dress, design, and patent law as it relates to 3D printing. The report recommends that brand owners and IP associations continue to monitor developments before advocating any changes to existing law.

INTA's Data Protection Committee prepared two comprehensive reports in 2017. The first relates to the General Data Protection Regulation, set to go into effect on May 25, 2018, which is expected to have wide-ranging implications for European and non-European organizations that collect and process data relating to the offering of goods or services to EU data subjects (i.e., individuals). The Committee's second report surveys the state of European data privacy regulations, and, with helpful case citations,

explains the complexities surrounding balancing trademark enforcement and fundamental rights related to data privacy.

The other four reports published in 2017 cover protection of 2D designs; expert witnesses in court proceedings for actions against counterfeit goods; famous and well-known marks on geographical scope of protection in Latin America; and famous and well-known marks on dilution in Latin America.

## Publishing Impact Studies

Introduced at the start of the 2016-2017 committee term, the Impact Studies Committee commissions and coordinates research projects and studies on behalf of the Association, and has laid the foundation for INTA's evolving research arm. To date, the Committee has published four impact studies—including three in 2017—that have been shared with members, government officials, other associations, and IP and mainstream media.

Demonstrating INTA's continued attention to the issue of counterfeiting, in February, the Association released *The Economic Impacts of Counterfeiting and Piracy* at our Anticounterfeiting Conference in Hong Kong. INTA collaborated with the International Chamber of Commerce's Business Action to Stop Counterfeiting and Piracy on this study. The study confirmed that international trade in counterfeit and pirated goods will continue to rise, more than doubling from 2013 to reach an estimated US $991 billion by 2022.

In another area of continuing interest, INTA delved deeper into the expansion of generic top-level domains (gTLDs) with the release in May of the *New gTLD Cost Impact Survey*, a study on how gTLDs affect enforcement costs for IP owners. The study was, in part, in response to a request from

# *INDIA*

**INTERVIEW WITH:** Gauri Kumar

Consultant

**Q** What was the outcome of the INTA delegation's visit to India in 2017?

**Q** What is INTA's main focus in India?



**Q** INTA collaborated with the Indian government on a children's intellectual property awareness campaign in 2017. Why is this initiative significant?

**A** India is currently undergoing a positive transformation in its intellectual property rights (IPR) management and administration. Given this, INTA's main focus in India right now is to ensure that the government and the country's IP administration successfully fulfill the objectives of India's IPR policy and remove preventable obstacles faced by brand owners and practitioners in the efficient administration and protection of their trademark rights.

In addition, INTA is closely watching the development of potentially burdensome brand restriction scenarios in order to advocate against them should the need arise.

INTA will also be focused on providing active volunteering opportunities to our members in India and to our members based outside India that have an interest in the region. This will not only make the Association's voice and opinion more impactful, but it will also fortify INTA's position as a leading IP association in the region.

**A** Children are the future. If encouraged in the right direction, they have the power to bring about positive changes in their immediate environment—and even globally. Educating children about the significance of IP rights at an early age will instill in them the proper respect for IP and the importance of creativity and innovation as contributors to economic growth, both in India and elsewhere.

Recognizing this, the government of India has initiated a children's IP awareness and education campaign as part of the first objective of its National IPR Policy. INTA is honored to collaborate with this campaign for school children through the Department of Industrial Policy and Promotion (DIPP) and its Cell for IPR Promotion and Management (CIPAM). The campaign was launched in New Delhi in April, and so far, CIPAM and INTA volunteers have taught more than 1,000 children, using resource materials that INTA created for this notable project.

**A** For the past few years, INTA has been sending high-level delegations to India annually to engage with IP officials and our members, providing input on legislative developments and collaborating on shared goals, such as consumer protection and education.

The 2017 delegation, held in March and led by INTA's CEO and its President, was able to cement the Association's existing relationships with government departments and stakeholders with a key role in shaping the country's IP landscape. The government officials we met with were very appreciative of the regular comments submitted by INTA, and they encouraged the Association to continue to weigh in on various issues related to trademarks and brands. For example, INTA met with the Indian Customs Commissioner, IP attachés of foreign missions, and several Supreme Court and Delhi High Court judges.

Several significant action points emerged during the 2017 delegation's visit. Among them, as a result of a discussion with DIPP on the need for conducting an IP impact/valuation study in India, INTA's Impact Studies Committee submitted a memorandum on key recommendations on conducting an economic impact study.

The delegation also reviewed concrete outcomes and next steps of the joint IPR awareness initiative for children. Both sides agreed that this collaboration opens the door to consideration of further collaborations in the future.

# EUROPE

**INTERVIEW WITH:** Hélène Nicora
Chief Representative Officer

**Q** What are some of the other key policy issues that your office addressed in 2017?

**A** At a global level, the Europe office contributed to many of INTA's submissions on draft legislation and practices, as well as to Board resolutions on designs and geographical indications.

In Europe, specifically, our advocacy efforts included submitting comments to the EU Intellectual Property Office's draft guidelines for EU trademarks and for registered Community designs. We also took action in support of the Association's efforts to improve draft trademark legislation and to combat brand restrictions and counterfeiting. Near year-end, INTA's proposed amendment stressing the harmful impact of counterfeiting on jobs and tax revenues was included in the European Parliament's report on digital trade strategy.

We also have been taking a much broader view of the European landscape, assessing how various changes may affect brand owners. In addition to Europe's challenging and unstable political environment, our way of doing business, of communicating, is undergoing a spectacular metamorphosis with the advent of new technologies. The boom in social media, 3D printing, and artificial intelligence is reshaping society. The Europe office seeks to anticipate what these changes mean in terms of both challenges and opportunities for brands.

Raising the profile of IP in this context is not easy, and it makes our role even more important. The Europe office is our members' interface with INTA in Europe. We strive to enhance the Association's visibility and influence here, acting as a key contact for members, national policymakers, and other stakeholders—always with an eye on ensuring that the rights of brand owners and consumers are protected.

**Q** Further, regarding Brexit, what has INTA been doing from an advocacy standpoint to protect brand owners?

**A** To augment INTA's pre-existing advisory Brexit Rapid Response Group, in March INTA established a Brexit Cross-Committees Task Force which is charged with identifying relevant issues and drafting the Association's policy recommendations. The Task Force produced a position paper that was approved by the Board of Directors on November 7.

The paper provides concrete recommendations for both the United Kingdom and the 27 EU member states on intellectual property rights (IPRs) that would be most impacted by Brexit, namely unitary rights such as European Union Trade Marks and Community designs; IPR enforcement, including border measures and anticounterfeiting actions; and geographical indications. Our core principles for brand owners and right holders emphasize minimal disruption of trade, minimum costs, maximum retention of rights, and maximum transparency and legal clarity.

In addition, the Europe office participated in several Brexit-related meetings, including those held by representatives of the European Commission's Taskforce on Article 50 and the UK Intellectual Property Office, aimed at identifying issues and potential solutions related to trademarks and designs. INTA's goal is that the outcome of the next phase of Brexit negotiations will have as little impact as possible on IPR holders, while securing harmonization with the European Union as much as possible.

**Q** How has the Europe office monitored and informed INTA members about IP issues related to the United Kingdom's referendum to exit the European Union?

**A** Brexit was at the top of our mind in 2017, given that it will trigger a number of changes for brand owners. For instance, with the United Kingdom out of the European Union, EU trademarks and Community designs will no longer offer protection in the United Kingdom. While many questions about the impact of Brexit remain unanswered, INTA has followed developments to ensure that our international membership has access to the latest information on Brexit that can affect businesses that own or rely on intellectual property.

Toward that end, in 2017, INTA organized a webinar, published several articles in the *INTA Bulletin*, and created a specific Brexit topic portal on the INTA website to provide updates on key milestones. We also published *INTA's Brexit Brands Toolkit: Preparing Brand Owners for Brexit*—a practical guide to help companies identify key issues and anticipate the necessary allocation of resources to prepare for Brexit.

**HIGHLIGHTS:**

## Law Firm Committee (2016-2017 Committee Term)

The Law Firm Committee develops member benefits, services, and programs specifically designed for law firms.

- Produced a webcast on "Practical Considerations in Improving Your Trademark Litigation Practice"
- Created the Managing Partner Initiative, a group tasked with developing idea exchanges on topics relevant to managing partners such as artificial intelligence, talent management, and law firm governance

---

the Internet Corporation for Assigned Names and Numbers' (ICANN's) Competition, Consumer Trust and Consumer Choice Review Team. Overall, while the study results were not conclusive, they provide an indication of trends vis-à-vis the effects of the new gTLD program on trademark owners: registrations by brand owners were made overwhelmingly for defensive purposes; and the new gTLD program, in effect since 2013, has increased trademark defense costs, with Internet monitoring and diversion actions as the largest line items.

Then, in September, the Association published *The Economic Contribution of Trademark-Intensive Industries in Indonesia, Malaysia, the Philippines, Singapore, and Thailand,* a first-of-its-kind analysis of this region. Looking at data from 2012 to 2015, the report found that across trademark-intensive industries, direct contribution to gross domestic product (GDP) varied from 17 to 50 percent, indirect contribution to GDP ranged from 40 to 60 percent, and workers' share of the workforce accounted for 13 to 29 percent of total employment. The release of the study coincided with the 50th anniversary of the formation of the Association of Southeast Asian Nations (ASEAN).

## Facilitating Dialogue

INTA's myriad events in 2017 presented opportunities for members and other stakeholders to engage in meaningful dialogue within the global trademark community, to learn from experts, to share information and benchmark, and to network. The educational programming reflected our broadened substantive scope and the evolving needs of our members and others interested in trademarks and related IP.

In addition to INTA's traditional meetings, namely the Annual Meeting, the Leadership Meeting, and the Trademark Administrators and Practitioners Meeting, we also hosted or participated in conferences, workshops, roundtables, and various academic programs in locations around the world on pressing and cutting-edge topics.

At INTA's 139th Annual Meeting, programming spanned a broad slate of topics to reflect multiple dynamics, including new challenges facing the IP profession, the evolving role of trademark practitioners, and additional topics of interest geared toward our developing audience of copyright and patent lawyers, brand management professionals, and government officials. For example, session topics covered the interplay between GIs and trademarks; copyright

as a means to protect and enforce rights in logos; data protection and security as trademark issues; design law; and the cost-effective use of patents. These were in addition to the more traditional sessions covering our priority policy issues, including anticounterfeiting, brand restrictions, and the Internet.

In a similarly expanded vein, the Brands and Fashion conference, which took place in New York City in March, included sessions that explored related rights. Brand Authenticity, a conference held in the fall in Berlin, Germany, focused on the synergies among brands, brand protection, sustainability, integrity, and CSR.

Our annual India workshop also took a wide view of brands, examining how in-house and outside legal counsel have become even more vital to upper management as more corporations expand into India, as well as looking at how the global issue of gender equality is changing the way brands market their products.

Among other inaugural efforts in 2017 was a series of one-day workshops titled "Free Trade Zones: Commerce vs. Counterfeits," which took place in Berlin, Germany; Cartagena, Colombia; Dubai, UAE; Hong Kong; and New York City. Also a first, INTA hosted a panel on online brand presence for small and emerging businesses at the World Summit on the Information Society Forum, a United Nations-sponsored summit on information, which was held in June in Geneva, Switzerland.

In support of our increasingly international membership and in support of brands everywhere, INTA will continue to respond to major trends shaping the global landscape. Our goal, as part of the IP community, is always to be ahead of the curve, to influence change rather than react to it, and to ensure that the positive role that IP plays in the global economy and in the daily lives of consumers endures into the future.

# EXPANDING OUR COMMUNICATIONS



20

In the third of the trifecta of INTA's major areas of growth in 2017, the Association continued to enhance our communications—a response, in part, to our expanded geographic reach and expanded substantive scope, as well as other emerging needs.

This important objective involves both reinforcing our communications with our members and others in the legal community through new types of outreach and stretching beyond our traditional audience—the intellectual property (IP) community—to legislators, business leaders, nonprofit organizations, the mainstream media, and the general public (i.e., non-IP audiences).

Our extended reach strongly aligns with the 2014–2017 Strategic Plan, which includes calling for "an energetic program to explain the benefits that trademarks and related forms of intellectual property bring to consumers, national economies, and society at large."



21

# GLOBAL FOOTPRINT | Our Reach: Publications (2016—2017 Committee Term)



**Most-Read Features in 2017:** "Defining Use in Interstate Commerce in Trademark Applications" (*INTA Bulletin,* October 1, 2016)

"Registering Advertising Slogans as Trademarks in the United States and Europe" (*INTA Bulletin,* April 15, 2016)

**INTA Bulletin**
The Association's 73-year-old, semimonthly newsletter, featuring news about INTA activities, brand management and protection, and trademark law

## READERSHIP ACROSS 194 COUNTRIES

**59** JURISDICTIONS COVERED    **42** ISSUES    **346** ARTICLES

**The Trademark Reporter**
The world's only peer-reviewed scholarly journal dedicated to trademark law and related topics under U.S. and international law

## READERSHIP ACROSS 120+ COUNTRIES

**20** ARTICLES    **13** COMMENTARIES    **10** BOOK REVIEWS    **4** ANNUAL REVIEWS

**Most Notable in 2017:** The U.S. Supreme Court twice cited *The Trademark Reporter* in its landmark *Matal v. Tam* decision in 2017, which affirmed that the ban on the registration of disparaging trademarks violates the First Amendment.

Why connect with non-IP audiences? Consumers are increasingly brand conscious. However, a lack of knowledge of the correlation between brands and trademarks is one of the primary reasons why trademarks often are misunderstood by the public. Much to the benefit of our IP stakeholders and non-IP audiences, our messaging conveys that trademarks protect consumers, promote freedom of choice, enable quick and safe purchasing decisions, fuel competition, drive innovation, support well-paying jobs, and fuel global economic growth.

To advance these types of communications, INTA formed a dedicated Communications Group as part of the Association's new committee structure adopted for the start of the 2016–2017 committee term. The Communications Group consists of the long-standing INTA Bulletins Committee and Public Information Committee, and several committees newly established at the start of the term: the Building Bridges Committee, the Impact Studies Committee, the Public and Media Relations Committee, and the Unreal Campaign Committee.

In 2017, through the activities of each of these committees and other efforts, INTA made significant progress in demystifying trademarks and communicating their value on a broader scale.

## Elevating Thought Leadership

There is no doubt that successful advocacy goes hand in hand with effective messaging. In 2017, the publication of three studies stemming from the Impact Studies Committee afforded INTA additional resources to back up our stances and helped elevate INTA as a thought leader within the global trademark community and beyond.

Recognizing the usefulness of these studies, the Association widely disseminated them to provide both the public and policymakers with data that support the value of trademarks. For example, INTA implemented a comprehensive communications strategy to publicize the release of the Committee's latest study, *The Economic Contribution of Trademark-Intensive Industries in Indonesia, Malaysia, the Philippines, Singapore, and Thailand.*

With the assistance of the Asia-Pacific office, the Association held a series of press conferences in all five of the countries highlighted in the regional report, and, as a result, garnered coverage in both IP and mainstream media. We also formally announced the study in letters sent to IP offices around the world, providing policymakers with solid statistics to utilize when drafting legislation and regulations. Further, we shared a concise look at the study results in social media posts and infographics.

Among other efforts within the Communications Group, the Public and Media Relations Committee—charged with alerting non-IP media to the important role of brands, trademarks, and related IP—made inroads to bring practical issues to the attention of consumers, entrepreneurs, and others. In 2017, several Committee members drafted, submitted, and/or placed articles in various types of publications, including one piece on the catchy topic of whether "Black Friday" can be trademarked.

## Engaging Business Sectors

Providing an opportunity to raise the profile of trademarks to yet another sector, INTA introduced the Pro Bono Trademark Clearinghouse in July. The Pro Bono Trademark Clearinghouse connects eligible individuals and nonprofit organizations in need of trademark legal assistance with trademark attorneys who are looking for pro bono opportunities to assist those in need of professional services.

Entrepreneurs and small business owners focused on growing their businesses often overlook the role of trademark protection in the early stages of business development. The same can be said about nonprofits concentrating on their causes. As such, the Clearinghouse presents a unique opportunity to promote early trademark registration and protection, and, in doing so, also to support economic growth, innovation, and worthy nonprofit organizations.

INTA began this new service as a two-year pilot program in Germany and the United States, with

### Expanding Our Legal Resources

The Association now offers 69 fact sheets on our website. In 2017, the fact sheets received more than 185,000 views.

Another one of INTA's most widely used resources, *Trademark Basics: A Guide for Business*, was accessed nearly 200,000 times this year.

**HIGHLIGHTS:**

## Brands and Innovation Committee (2016-2017 Committee Term)

The Brands and Innovation Committee examines and analyzes the relationship between brands/trademarks and innovation, with a focus on how brands promote innovation and drive the economy, and how innovation impacts brands, brand owners, and trademark-related issues.

- Developed working definitions of the terms "brand" and "innovation" for better alignment with usage by outside parties, such as the academic and governmental communities
- Prepared 130+ summaries of existing brands and innovation literature, with links to the original materials, as a dynamic and ever-growing resource for stakeholders

plans to expand it afterward to other countries. By year-end, 20 of the submissions we received were approved for pro bono assistance.

## Increasing Multimedia

Broadband Internet access spreading to the far reaches of the globe presents organizations, including INTA, with exciting opportunities to access new audiences and share complex information in digestible formats. To this end, the Association has rolled out additional multimedia content and channels, with the aim of connecting with both IP stakeholders and the public.

In 2017, we published our first video content in the *INTA Bulletin: The Future of IP*. This five-part video series features the heads of eight IP offices who share their thoughts on how society will change over the next 5 to 10 years, how the relationship between brands and consumers is evolving, the future opportunities and challenges for IP, and the future role of both IP offices and IP associations.

INTA also unveiled microdocumentary-style videos. For example, to promote *The Economic Impacts of Counterfeiting and Piracy* study, we produced a short educational video targeted at non-IP audiences. The video introduces

the concept of counterfeiting and explains its negative social and economic impacts. It ends with calls to action for different constituents: for government officials, to promote innovation and support legal economic growth; for business leaders, to commit resources to IP protection; and for consumers, to buy legitimate brands and products.

The video has also been incorporated into an interactive exhibit presented by INTA in collaboration with the National Inventors Hall of Fame (NIHF) at the NIHF Museum in Alexandria, Virginia. Open since November, the exhibit presents an enormous platform for INTA to highlight counterfeiting, including its impact on individuals and economies. Approximately 30,000 visitors are expected to see the display, which runs through April 2019.

With members around the world engaging with each other and the Association across a variety of social networks, INTA has a thriving and active online community—one that continued to grow this year. In 2017, we made our debut on Instagram and WeChat, and we watched our followers multiply on our existing channels, Facebook, LinkedIn, Twitter, and YouTube. The

Association also leveraged the latest features on these networks, including broadcasting live on Facebook from our Brands and Fashion conference in New York City, the Association's 139th Annual Meeting in Barcelona, Spain, and our Leadership Meeting in Washington, D.C.

## Informing the Next Generation

This year also brought to fruition additional efforts by INTA to spark interest in trademark law among the next generation of professionals. Educational and inspirational, our expanded offerings of competitions and programs help us find, celebrate, and reward motivated law school students and young practitioners. They serve to get students excited about trademark law, spread awareness about INTA as a go-to source for trademark scholarship and assistance with career advancement, and groom newcomers to become engaged with the Association as members and as potential leaders of INTA in the future.

Highlighting INTA's efforts, we have, for the past 26 years, been furthering trademark scholarship and helping students develop their brief writing and oral advocacy skills through the annual Saul Lefkowitz Moot Court Competition in the United

# AFRICA AND THE MIDDLE EAST

**INTERVIEW WITH:** Tat-Tienne Louembe

Representative

**Q** Why is it important for INTA to have a greater presence in Africa at this time?

**A** INTA traditionally has had a strong presence in Africa and the Middle East through our members and various activities. The Representative role was created in 2017 so that a dedicated person would be assigned to this region.

INTA is scaling up its outreach to key intellectual property (IP) stakeholders and non-IP professionals. INTA's expertise in the region is sought after and appreciated by policymakers and other industry organizations, and the Association must be accessible to these stakeholders.

As in other regions of the world, businesses, young entrepreneurs, consumers, and our members in Africa and the Middle East face several challenges in terms of IP infringements and filing. At the same time, they have great opportunities for brand development and expansion. Economic diversification is considered a hot topic here, and IP rights can meaningfully contribute to the economy through job creation.

**Q** What were some of the highlights of 2017 for INTA activities in the region?

**A** In 2017, INTA sent multiple delegations to Cameroon, Ethiopia, Malawi, Nigeria, and South Africa; organized a roadshow to the Middle East; and held key meetings with government officials.

In June, INTA CEO Etienne Sanz de Acedo visited Southern Africa (Zimbabwe and South Africa) to discuss issues of particular significance to the region. The visit was timely and well received by our members there, as well as by various government officials and the African Regional Intellectual Property Organization (ARIPO)—one of our key partners in Africa. During the various meetings, Mr. Sanz de Acedo urged the effective use of trademarks and their crucial role in spurring economic growth. The trip was also a good opportunity for INTA to fine tune our approach to the continent and further demonstrate our desire to be an active participant in Africa.

In September, with the support of the Middle East Global Advisory Council, INTA organized a workshop, Free Trade Zones (FTZ): Commerce vs. Counterfeits, in Dubai, United Arab Emirates. The workshop was a platform for brand owners, FTZ authorities, government officials, and other key stakeholders to explore concerns, share best practices, and discover ways to combat the ongoing threat of counterfeits in FTZs.

**Q** Have you been communicating and collaborating with other organizations in the region?

**A** It is very important for INTA to collaborate with like-minded organizations in the region to advance IP rights and strengthen brands, and we have been making strides toward reinforcing our relationships.

For example, in November, the Association participated in ARIPO's 41st Administrative Session and 16th Ministerial Session in Lilongwe, Malawi. In Yaoundé, Cameroon, INTA attended the swearing-in ceremony of Denis Bohoussou as new Director General of the African Intellectual Property Organization (Organisation Africaine de la Propriété Intellectuelle) for French-speaking African nations. In Nigeria, INTA was invited by the Intellectual Property Lawyers Association Nigeria to support it in modernizing the IP infrastructure and furthering the government's laudable efforts to improve the business climate.

In addition, the Association is going beyond the IP "usual suspects" by deepening ties with the African Union, the United Nations Economic Commission for Africa, the Africa Development Bank, and various national and regional bodies. We have voiced our availability to work hand in hand in the areas of trade facilitation, consumer protection, and IP awareness. Our hope is that these types of collaborations will benefit brand owners, consumers, and the economy in general in this region.

# WASHINGTON, D.C.

**INTERVIEW WITH: Deborah Cohn**
Senior Director of Government Relations

**Q** Of the many events the Washington, D.C., office held in 2017, which ones best demonstrate the office's efforts to inform or collaborate with Congress on intellectual property (IP)-related issues?

**A** In 2017, INTA hosted several briefings focused on IP protection in collaboration with the Congressional Trademark Caucus (CTC). The CTC plays a crucial role in outreach about trademark issues and provides opportunities for INTA to build strong relationships with members of Congress and promote robust IP laws in the United States. For example, one briefing, in October, explored how brands enhance consumer health and safety while simultaneously protecting U.S. national security.

World IP Day in April was particularly significant for INTA, as the Association joined with other U.S. IP organizations and several members of Congress to stress the importance of IP. Following the event's theme of "Innovation—Improving Lives," INTA 2017 President Joseph Ferretti spoke about the value of IP to global brands and how brands transform in response to their customer base.

New for INTA in 2017, we collaborated with two members of Congress to hold roundtables for small businesses in their respective districts in Delaware and Florida. These educational events provided a better understanding of trademark basics such as mark selection and registration, and highlighted the urgency of protecting their brands.

In addition, INTA was honored to have the CTC co-chairs from the U.S. House of Representatives—Representatives Ted Deutch of Florida and John Ratcliffe of Texas—address our Leadership Meeting in Washington, D.C., in November.

**Q** What are some of the ways that the D.C. office works with the U.S. Patent and Trademark Office?

**A** The D.C. office serves as the primary INTA liaison to the U.S. Patent and Trademark Office (USPTO) and other federal agencies and works closely with the USPTO, including coordinating the Association's responses to all trademark requests for comment as well as providing informal guidance.

In addition, INTA members have served and continue to serve as a resource to the USPTO by providing industry-focused training and other forms of programming to educate and assist examiners.

As an example, in October, INTA members who were former USPTO trademark examiners participated in a "View from the Outside" event to help newly-hired and other examiners understand some of the pressures involved in prosecuting a trademark application from the perspective of a trademark owner or attorney.

**Q** Have you taken any new approaches to address counterfeiting?

**A** While anticounterfeiting has always been an important issue for the D.C. office, we have amplified our attention to this, as data show an increase in counterfeit goods globally in the digital economy. Counterfeiting is eviscerating the power of trademarks, and it presents direct health and safety risks for consumers who purchase these goods.

In light of this, it has become even more essential for us to inform both policymakers and consumers about the dangers posed by counterfeit goods. We tackled this in various formats in 2017.

For example, in December, INTA, in collaboration with the Global Innovation Policy Center at the U.S. Chamber of Commerce, hosted a congressional briefing at which government employees and representatives from the toy and apparel sectors discussed the rise in counterfeit goods online and provided advice to help holiday shoppers avoid such purchases.

In a more creative approach, INTA, in collaboration with the National Inventors Hall of Fame (NIHF), opened an interactive exhibit on trademark education and counterfeiting at the NIHF Museum at the USPTO. This exhibit presents the first opportunity for INTA to engage with the public in a museum environment, and it aligns with one of the Association's 2018-2021 strategic directions: reinforcing consumer trust. If you have plans to be in the Washington metropolitan area, we hope you will consider a visit to the NIHF Museum!

**HIGHLIGHTS:**

## Unreal Campaign Committee (2016-2017 Committee Term)

The Unreal Campaign is INTA's public awareness initiative designed to educate students (ages 14–18) about the importance of trademarks and the dangers of counterfeiting.

- Educated 6,300+ students through 77 events in 28 countries
- Reached 120,000 teens on social media through collaborations with online influencers

States. The competition has progressively grown in popularity, and many of the participating students have gone on to become trademark practitioners and are now among INTA's most active members. The 2016-2017 competition was just as popular, with 71 teams from 55 law schools across the United States participating in a mock courtroom experience. Ten teams advanced to the national finals, and the University of San Francisco (California) School of Law was named the winning team.

Building upon the success of the U.S. event, in 2017, the Association announced a new moot court competition in the Asia-Pacific region. Exceeding even our own expectations, 24 teams from across the region have applied to participate in the inaugural competition. It will be held in Singapore in February 2018.

In addition, in an initiative spearheaded by INTA's Young Practitioners Committee, we introduced a new award to inspire the next generation of trademark leaders. The "Tomorrow's Leaders Award" recognizes outstanding performances by two young professionals with less than five years of experience who have demonstrated early leadership qualities. The first two recipients—Ana Leticia Allevato of Di Blasi, Parente & Associados, Rio de Janeiro, Brazil, and Erica B.E. Rogers of Ward and Smith, P.A., in Raleigh,

North Carolina—received their awards during the 2017 INTA Leadership Meeting and earned the opportunity to serve on an INTA committee, receive complimentary registration to the 2017 Leadership Meeting and the 2018 Annual Meeting, and be assigned an INTA member mentor.

## A Plan for the Future

As INTA put together the final pieces to complete our 2014-2017 Strategic Plan, much of 2017 was also spent putting the finishing touches on our strategic direction for the future. Thanks to the enormous efforts of the Planning Committee in crafting the 2018-2021 Strategic Plan, the Association finalized the content this year, and the Board of Directors approved the plan at its meeting in May.

INTA communicated the 2018-2021 Strategic Plan and subsequent Implementation Plan to members and other stakeholders in several ways, including presentations by the Association's officers and CEO at the 2017 Annual Meeting and 2017 Leadership Meeting, video recording of the Implementation Plan presentation posted on our website, emails, and a press release disseminated to IP media.

Over the next four years, INTA is set to focus on three directions that will serve to guide our activities and engagements: (1) Promote the

Value of Trademarks and Brands; (2) Reinforce Consumer Trust; and (3) Embrace Innovation and Change.

While the Association's core mission to protect trademarks, harmonize trademark laws, and advocate for effective enforcement mechanisms around the world continues, the new Strategic Plan recognizes that the relationship between brands and consumers has evolved. It emphasizes INTA's commitment to provide safety and security for consumers, and to promote the important role of trademarks and brands in the global economy as drivers of innovation and competition for the benefit of consumers, workers, brand owners, and society.

Over the course of the next four years, INTA's 3,000+ talented and dedicated volunteers, serving on INTA's nearly 200 different committees, subcommittees, and project teams, will work diligently—as always—to implement the new Strategic Plan's directions and goals.

This new plan is bold and ambitious. It is designed to be inclusive and forward thinking. We accomplished what we set out to do in 2017, thanks to the dedication and hard work of our volunteer members and staff and the support of the global trademark community. We are equally poised to accomplish the goals of our new Strategic Plan in the years to come.

27



### INTA New York (Headquarters)
655 Third Avenue, 10th Floor
New York, NY 10017
United States of America
Tel: +1-212-642-1700
Fax: +1-212-768-7796



### INTA Asia-Pacific
Penthouse Level Suntec Tower Three
8 Temasek Boulevard
Singapore 038988
Tel: +65-6866-3206



### INTA China
Unit 2924, Office Building One
No. 1515 West Nanjing Road
Shanghai, China
Tel: +86-21-6103-7536



### INTA Europe
14B rue de la Science
1040 Brussels, Belgium
Tel: +32-2-880-3722
Fax: +32-2-808-8464



### INTA Latin America and the Caribbean
Avenida Vitacura 2670, Piso 15
Las Condes, Santiago, C.P. 7550698
Tel: +56-22-820-4298



### INTA Washington, D.C.
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
United States of America
Tel: +1-202-261-6570
Fax: +1-202-261-6572





Headquarters: 655 Third Avenue, 10th Floor, New York, NY 10017    1·212·642·1700    customerservice@inta.org    www.inta.org