≡ amazon

Clothing, Shoes & Jewelry ▾

Deliver to
Bolingbrook 60440

Customer Service    's Amazon.com    Whole Foods    Browsing History ▾    Prime Video    Best Sellers    Today's Deals

Hello,
Account & Lists ▾

Returns
& Orders

Try Prime ▾

0
Cart

Low prices on school supplies

Amazon Fashion    Women    Men    Kids    Luggage    Sales & Deals    New Arrivals    Our Brands    prime wardrobe
Try before you buy

**prime** wardrobe  **Try before you buy** >

Clothing, Shoes & Jewelry › Novelty & More › Clothing › Novelty › Women › Underwear › Panties › G-Strings, Thongs & Tangas



Roll over image to zoom in

CafePress

## Emoji TGIF Thong Underwear, Funny Womens Panties White

Price: **$17.99** + $3.25 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Ladies Thong Underwear
- 5.8 oz. 100% Ultra-fine combed ring spun 1x1 baby rib cotton
- Size up for a looser fit
- Super soft high end woven elastic trim
- IMPORTED

▢ Report incorrect product information.

**$17.99**
+ $3.25 shipping

Arrives: **Sep 2 - 8**

Fastest delivery: **Sep 1 - 4**

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from ...    CafePress
Sold by ...    CafePress

📍 Deliver to ▢ - Bolingbrook 60440

**Add to List**

Share ✉ 📘 🐦 📌

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

5.8 oz. 100% Ultra-fine combed ring spun 1x1 baby rib cotton

## Product details

Department : Womens
Date First Available : October 11, 2017
Manufacturer : CafePress
ASIN : B076CQN67D

## Related video shorts (0)    Upload your video

◻️ ▷

**Be the first video**
Your name here

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

> How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

---

**Your recently viewed items and featured recommendations**

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

> View or edit your browsing history



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English   United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital Publishing Made Easy

Prime Now
FREE 2-hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



8/20/2020

amazon

CafePress | Emoji TGIF

Deliver to
Bolingbrook 60440

Customer Service          's Amazon.com    Whole Foods    Browsing History    Prime Video    Best Sellers    Today's Deals    Find a Gift    New Releases    Gift Cards

17-32 of 703 results for **CafePress** : "**Emoji TGIF**"                                                                    Sort by: Featured

**Brand**
CafePress

Price and other details may vary based on size and color



CafePress Emoji TGIF Unisex Novelty Cotton Pajama Set, Comfortable PJ Sleepwear
$44⁹⁹
$3.25 shipping



CafePress-Emoji TGIF-Pullover Hoodie, Classic & Comfortable Hooded Sweatshirt
$52⁹⁹
$3.25 shipping



CafePress-Emoji TGIF-Pullover Hoodie, Classic & Comfortable Hooded Sweatshirt
$49⁹⁹
$3.25 shipping



CafePress Emoji TGIF Womens Cotton V-Neck T-Shirt
$34⁹⁹
$3.25 shipping



CafePress Emoji TGIF Womens Cotton T-Shirt
$27⁹⁹
$3.25 shipping



CafePress Emoji TGIF Classic Crew Neck Sweatshirt Black
$44⁹⁹
$3.25 shipping



CafePress Emoji TGIF Thong Underwear, Funny Womens Panties White
$17⁹⁹
$3.25 shipping

 

SIGN IN   **SHIPPING & PAYMENT**   GIFT OPTIONS   PLACE ORDER

# Choose your shipping options

[ Continue ]

---

## Shipment 1 of 1

**Shipping from CafePress**   (Learn more)

Shipping to: ▮, 375 W BRIARCLIFF RD, BOLINGBROOK, IL, 60440-3825 United States

- **CafePress Emoji TGIF Thong Underwear, Funny Womens Panties White**
  **$17.99** - Quantity: 1
  Sold by: CafePress

Change quantities or delete

**Choose a delivery option:**

◉ **Wednesday, Sept. 2 - Tuesday, Sept. 8**
$3.25 - Shipping

○ **Tuesday, Sept. 1 - Friday, Sept. 4**
$14.99 - Shipping

---

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.



SIGN IN    SHIPPING & PAYMENT    GIFT OPTIONS    **PLACE ORDER**

## Review your order

**Shipping address** Change
375 W BRIARCLIFF RD
BOLINGBROOK, IL 60440-3825
United States
Phone:
Add delivery instructions

**Payment method** Change
ending in

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
[Enter Code]    Apply

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                          $17.99
Shipping & handling:            $3.25

Total before tax:               $21.24
Estimated tax to be collected:* $1.12

**Order total:**               **$22.36**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

**FREE TRIAL**

, we'd hate for you to miss out on a FREE 30-day trial of Prime    Try Prime FREE for 30 days ›

**Estimated delivery:** Sept. 2, 2020 - Sept. 8, 2020

CafePress Emoji TGIF Thong Underwear, Funny Womens Panties White
**$17.99**
**Quantity:** 1 Change
Sold by: CafePress
🎁 Gift options not available.

**Choose a delivery option:**
◉ **Wednesday, Sept. 2 - Tuesday, Sept. 8**
$3.25 - Shipping
○ **Tuesday, Sept. 1 - Friday, Sept. 4**
$14.99 - Shipping



*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon, Inc.

Case: 1:21-cv-01739 Document #: 86-1 Filed: 09/08/21 Page 6 of 7 PageID #:3155



Clothing, Shoes & Jewelry ▾ | Emoji TGIF

Hello,
Account & Lists ▾ | Returns
& Orders ▾ | Try Prime ▾ | 0 Cart

Deliver to
Bolingbrook 60440

Customer Service | 's Amazon.com | Whole Foods | Browsing History ▾ | Prime Video | Best Sellers | Today's Deals | Find a Gift | 5% back on shopping

prime wardrobe **Try before you buy** ›

‹ Back to results



CafePress
### CafePress Emoji TGIF Infant Bodysuit Cute Infant Bodysuit Baby Romper Petal Pink

Price: **$22.99** + $3.25 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- These short-sleeve baby bodysuits are 100% combed ringspun cotton jersey for your baby's comfort. The reinforced three snap closure makes diaper changing a breeze.
- Romper designs are professionally printed. Your unique design will make someone smile with funny, cute, vintage, or expressive artwork.
- Make this newborn creeper the perfect gift for mom-to-be, Mother's Day, baby shower, baby birthday, and Christmas.
- Machine wash cold inside out with like colors. Tumble dry low for easy and convenient care. IMPORTED.
- We offer 100% money back guarantee, so you can buy with confidence. Your satisfaction is our promise, and returns/exchanges are made easy.

💬 Report incorrect product information.



**$22.99**
+ $3.25 shipping

Arrives: **Sep 2 - 8**

Fastest delivery: **Sep 1 - 4**

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from — | CafePress
Sold by — | CafePress

📍 Deliver to ▮▮▮▮ - Bolingbrook 60440

Add to List

Share ✉    

Roll over image to zoom in

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product description

What newborn doesn't look great in an infant romper with a funny or cute design? This baby bodysuit has been crafted with quality and care, so your newborn will be sporting style through their onesie and twosie years. The 100% super soft cotton will feel great on their skin, both comfortable and durable. The three-snap closure for diaper changes and machine washable care will be a breeze for mom. These baby creepers are the perfect baby gift for a boy or for a girl at your next baby shower, baby birthday, or mom-to-be event. With CafePress, your satisfaction is always our promise...buy with confidence, as we offer easy returns and exchanges and a 100% money back guarantee.

## Product details

Department : Baby-boys
Date First Available : October 11, 2017
Manufacturer : CafePress
ASIN : B076CQLJQL

## Related video shorts (0)  Upload your video



**Be the first video**
Your name here

---



‹ Back to results






Roll over image to zoom in

CafePress

**Emoji TGIF Toddler T Shirt Cute Toddler T-Shirt, 100% Cotton Daffodil Yellow**

Price: **$16.99** + $3.25 shipping

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- These quality short-sleeve crew-neck t-shirts are 100% cotton & are soft for a comfortable feel. Fit is unisex standard designed to be worn by girls & boys (size up in doubt).
- Our graphic tee designs are professionally printed, so your unique design will look great and make someone smile with funny, cute, vintage, or expressive artwork.
- This shirt is the perfect gift for big brother or big sister, birthdays, Christmas, holidays, or for no reason at all.
- Machine wash cold inside out with like colors. Tumble dry low. IMPORTED
- CAFEPRESS DOES NOT OFFER PRODUCTS IN THE CATEGORIES OF ROBES, PAJAMAS OR LOUNGEWEAR INTENDED FOR USE BY INDIVIDUALS UNDER THE AGE OF 12. THIS PRODUCT IS NOT INTENDED FOR SUCH USE.

▢ Report incorrect product information.



**$16.99**
+ $3.25 shipping

Arrives: **Sep 2 - 8**
Fastest delivery: **Sep 1 - 4**

**In stock.**
Usually ships within 2 to 3 days.

Qty: 1 ⌄

  Add to Cart

▶ Buy Now

🔒 Secure transaction

Ships from — CafePress
Sold by — CafePress

📍 Deliver to ▮▮▮ - Bolingbrook 60440

Add to List

Share ✉ f ⒴ 𝕡

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

This 100% cotton short-sleeve toddler t-shirt features a comfortable crew neck and quality construction, making it the perfect graphic tee gift for your special kiddo. The soft fabric looks as good as it feels, and it is durable for everyday wear. Our cute, funny, and unique designs are printed professionally, and make great novelty gifts for boys and girls. With CafePress, your satisfaction is always our promise...buy with confidence, as we offer easy returns and exchanges and a 100% money back guarantee.

## Product details

Department : Baby-boys
Date First Available : October 11, 2017
Manufacturer : CafePress
ASIN : B076CQJCBB

## Related video shorts (0)  Upload your video



**Be the first video**
Your name here