# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Emoji Company GmbH

                                                                                                                                      Plaintiff,

v.                                                                                                                                       Case No.: 1:21−cv−01739

                                                                                                                                      Honorable John Robert Blakey

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                                                                                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 13, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the filings of the notice of voluntary dismissals [117], [118] and [119], Defendants HAMIQI, OPDENK, JIAJU−DJ and DO THI TRUC LY are dismissed with prejudice. Also Defendant's motion to dismiss [115] is denied as moot in light of the filing of the notice of voluntary dismissal [117]. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.