# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Emoji Company GmbH

                                                  Plaintiff,

v.                                                             Case No.: 1:21−cv−01739

                                                                  Honorable John Robert Blakey

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 5, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Telephonic motion hearing held on 5/5/2022. Defendants failed to appear and failed to notify Chambers of any scheduling conflicts. Plaintiff's motion for entry of default and default judgment [121] is granted. Enter Default Judgment Order. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.